Case: 1:18-cv-06675 Document #: 9-1 Filed: 10/22/18 Page 1 of 1 PageID #:41

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIAL POWELL, AS GUARDIAN AD LITEM AND ON BEHALF OF HER SON D.P.; ET AL.** <br> Plaintiff/Petitioner <br> vs. <br> **THE STATE OF ILLINOIS; ET AL.** <br> Defendant/Respondent | Case No.:   **1:18-CV-06675** <br> Division: <br><br> AFFIDAVIT OF SERVICE OF <br> **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** |

I, **Donald Hopper**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 115.001956, located at 2640 S 6th St Suite D, Springfield, IL 62703.

On the **11th day of October, 2018 at 1:20 PM**, I, **Donald Hopper**, SERVED LEO P. SCHMITZ, DIRECTOR OF THE ILLINOIS DEPARTMENT OF STATE POLICE at **801 SOUTH 7TH ST SUITE 1100 S, SPRINGFIELD, Sangamon County, IL 62703** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Jordan Adams**, who is 13 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

On _____ a copy was mailed in a sealed envelope with postage fully prepaid, addressed to **LEO P. SCHMITZ, DIRECTOR OF THE ILLINOIS DEPARTMENT OF STATE POLICE** at his/her usual place of abode.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **ATTORNEY , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white male approx. 25-35 years of age, 5'10"-6'0" tall, weighing 160-180 lbs with brown hair.**

Service Fee Total: **$75.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| NAME: | | 115.001956 | |
|---|---|---|---|
| Donald Hopper | | Server ID # | Date |

 REF: **18-cv-6675**

Page 1 of 1
Tracking #: **0028638541**

