AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-6675

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* The State of Illinois
was received by me on *(date)* 10/3/18.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tarran Williams, who is designated by law to accept service of process on behalf of *(name of organization)* The State of Illinois on *(date)* 10/3/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/3/18

*Server's signature*

LEILA ELAQAD, Paralegal
*Printed name and title*

77 W Washington St, Suite 711
Chicago IL 60602
*Server's address*

Additional information regarding attempted service, etc: