**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Demetria Powell, et al. v. The State of Illinois, et al.      Case Number: 18 C 6675

An appearance is hereby filed by the undersigned as attorney for:
Defendants: State of Illinois and Governor Bruce Rauner

Attorney name (type or print): Thomas A. Ioppolo

Firm:    Illinois Attorney General's Office

Street address:    100 West Randolph Street, 13th Floor

City/State/Zip:    Chicago, Illinois 60601

Bar ID Number: 1303686                    Telephone Number:   (312) 814-7198
(See item 3 in instructions)

Email Address: tioppolo@atg.state.il.us

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you a
                                                  ☐ Federal Defender
                                                  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/23/18

Attorney signature:    S/ Thomas A. Ioppolo
                (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015