# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL et al., ) | |
| ) | |
| Plaintiffs, ) | No. 18 C 6675 |
| ) | |
| v. ) | Judge Gottschall |
| ) | |
| THE STATE OF ILLINOIS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

The defendants, the State of Illinois, Governor Bruce Rauner, the Illinois State Police, and Leo P. Schmitz, Director of the Illinois State Police, by their attorney, Lisa Madigan, Attorney General of Illinois, move the Court for an extension of time to answer or otherwise plead to December 14, 2018. Plaintiffs do not oppose this motion.

This is a newly-filed case, filed on October 3, 2018 and recently assigned to defense counsel. Defendants' counsel requests this extension because additional time is needed to research the nature of the legal claims made by plaintiffs and prepare a responsive pleading.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:    */s/ Thomas A.Ioppolo*
                                            Thomas A. Ioppolo
                                            Assistant Attorneys General
                                            100 W. Randolph Street, 13th Floor
                                            Chicago, Illinois 60601
                                            312-814-7198 / 312-814-6131
                                            tioppolo@atg.state.il.us