IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   **All Parties of Record**

PLEASE TAKE NOTICE that on November 2, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Joan B. Gottschall, or whoever may be sitting in her stead, Room 2325, in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | s/Thomas A. Ioppolo<br>THOMAS A. IOPPOLO<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph St., 13th floor<br>Chicago, Illinois 60601<br>312/814-7198 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 29, 2018, he caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically e-mailed to the parties of record.

s/Thomas A. Ioppolo