IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 18 C 06675 |
| ) | Judge Gottschall |
| THE STATE OF ILLINOIS, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Mr. Thomas A. Ioppolo
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **November 16, 2018 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present the PLAINTIFF'S AGREED MOTION TO APPOINT GUARDIANS AD LITEM TO PROSECUTE THIS CASE ON BEHALF OF THE MINOR PLAINTIFFS UNDER FED. RULE OF CIV. PROCEDURE 17(c)(2).

/s/Thomas E. Johnson
Attorney for Plaintiff

Thomas E. Johnson
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Ave., Suite 1310
Chicago, IL 60603
(312) 578-8100

## CERTIFICATE OF SERVICE

Thomas E. Johnson, an attorney, hereby certifies that the attached Motion was served upon the parties listed above by the federal court's e-filing system on November 9, 2018.

/s/Thomas E. Johnson