## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Demetria Powell, et al.
         Plaintiff,

v.              Case No.: 1:18−cv−06675
             Honorable Joan B. Gottschall

State of Illinois, The, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

  MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's agreed motion to appoint guardians ad litem to prosecute this case on behalf of the minor plaintiffs under Fed. Rule of Civil Procedure 17(c)(2) [16] is granted. Motion hearing set for 11/16/18 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.