IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

The defendants, the State of Illinois; the Illinois Department of State Police; Governor Bruce Rauner; and Leo P. Schmitz, Director of the Illinois Department of State Police, by their attorney, Lisa Madigan, Attorney General of Illinois, move the Court for an extension of time to answer or otherwise plead to January 31, 2019. The current due date for the defendants' responsive pleading is December 14, 2018.

In support of this motion, defendants state as follows:

1. Plaintiffs have filed this case asserting claims under the Americans with Disabilities Act and the Illinois Civil Rights Act. Plaintiffs allege that the State of Illinois, the Governor, and the Department of State Police and its Director, have failed to regulate and enforce laws relating to gun shops in the Chicago area, and that this alleged failure contributes to the high rates of gun violence in predominantly African-American communities, causing physical and psychological trauma to the children in these communities, and significant harm to their performance in school.

2. The timing of this litigation is what prompts this request for an extension. We are in a transition period in Illinois government. A new Governor and new Attorney General will be taking office on January 14, 2019. And, the new Governor may decide to name a new Director of the Illinois State Police. Defense counsel believes it would be desirable if the new elected officials, after taking office, could have the opportunity to review the defendants' responsive pleading before it is filed.

3. In making this request, we are not suggesting that we believe the new administration will necessarily be taking a significantly different view of the issues in this case. But in the interest of judicial economy, because we are on the cusp of a new Governor and Attorney General, it will be more efficient to file the initial responsive pleading after the change in administrations.

Wherefore, defendants request that their motion for an extension of time to answer or otherwise plead to January 31, 2019, be granted.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois         By:    */s/ Thomas A.Ioppolo*
                                            Thomas A. Ioppolo
                                            Assistant Attorneys General
                                            100 W. Randolph Street, 13th Floor
                                            Chicago, Illinois 60601
                                            312-814-7198 / 312-814-6131
                                            tioppolo@atg.state.il.us

2