## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: **All Parties of Record**

PLEASE TAKE NOTICE that on December 14, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Joan B. Gottschall, or whoever may be sitting in her stead, Room 2325, in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' MOTION FOR EXTENSION OF TIME**, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | s/Thomas A. Ioppolo<br>THOMAS A. IOPPOLO<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph St., 13th floor<br>Chicago, Illinois 60601<br>312/814-7198<br>tioppolo@atg.state.il.us |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 11, 2018, he caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically e-mailed to the parties of record.

                                                              s/Thomas A. Ioppolo