# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Demetria Powell, et al.
                        Plaintiff,

v.                                             Case No.: 1:18−cv−06675
                                                   Honorable Joan B. Gottschall

State of Illinois, The, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: On the court's own motion, the status hearing set for 12/19/18 is stricken and reset to 2/1/19 at 9:30 a.m.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.