## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Powell v State of Illinois        Case Number: 18-cv-06675

An appearance is hereby filed by the undersigned as attorney for:
Demetria Powell, Tanya Reese and Tywanna Patrick

Attorney name (type or print): Thomas E. Johnson

Firm: Johnson, Jones, Snelling, Gilbert & Davis

Street address: 36 S. Wabash Avenue, Suite 1310

City/State/Zip: Chicago, IL 60603

Bar ID Number: 1353616        Telephone Number: 312-578-8100
(See item 3 in instructions)

Email Address: tjohnson@jjsgd.com

Are you acting as lead counsel in this case?  ☐ Yes  ☒ No

Are you acting as local counsel in this case?  ☐ Yes  ☐ No

Are you a member of the court's trial bar?  ☒ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☒ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/28/18

Attorney signature:   S/ Thomas E. Johnson
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015