IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

The defendants, the State of Illinois; the Illinois Department of State Police; Governor J. B. Pritzker[1]; and Brendan F. Kelly, Acting Director of the Illinois Department of State Police, by their attorney, Kwame Raoul, Attorney General of Illinois, move the Court to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of standing and for failure to state a claim upon which relief can be granted.

In support of this motion, defendants state as follows:

1. Plaintiffs are a group of African-American children and their parents or grandparents seeking a remedy for the high rates of gun violence in their communities. Plaintiffs allege that the State of Illinois, including the Illinois State Police, is taking insufficient enforcement actions toward gun shops in Cook County. As a result, plaintiffs allege that guns are more readily used in crimes, and that the gun violence prevalent in their neighborhoods causes them psychological trauma and harms their education.

---

[1] Gov. Rauner, originally named as a defendant, has been succeeded in office by Gov. J. B. Pritzker. The substitution of parties is automatic. FRCP 25(d). There is also an Acting Director of the State Police, Brendan Kelly, successor to Leo P. Schmitz.

2. Plaintiffs bring claims under Title II of the Americans with Disabilities Act, 28 U.S.C. § 12132, and the Illinois Civil Rights Act (ICRA), **7**40 ILCS 23/5 et seq.

3. Plaintiffs' claims should be dismissed because they have failed to plead sufficient facts alleging standing to sue: an injury fairly traceable to defendants that can be redressed by a favorable decision of this Court.

4. On the merits, plaintiffs fail to state a claim upon which relief can be granted under Title II of the ADA and ICRA. The conduct of the defendants alleged to be wrongful is not within the scope of either statute.

A memorandum of law is submitted in further support of this motion.

                                      Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois          By:    */s/ Thomas A. Ioppolo*
                                                     Thomas A. Ioppolo
                                                     Assistant Attorneys General
                                                     100 W. Randolph Street, 13th Floor
                                                     Chicago, Illinois 60601
                                                     312-814-7198 / 312-814-6131
                                                     tioppolo@atg.state.il.us