**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Demetria Powell, et al.
                             Plaintiff,

v.                                                    Case No.: 1:18−cv−06675
                                                      Honorable Joan B. Gottschall

State of Illinois, The, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2019:

    MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 2/1/19. Defendants' motion to dismiss is briefed as follows: response due 3/20/19; reply due 4/3/19. As discussed in open court, if the parties believes that a referral to the magistrate judge would be helpful, they should contact the courtroom deputy at (312) 435−5641. Defendants' oral motion to file a brief in excess of 20 pages is granted. Plaintiffs are given leave to file equal number of pages. No appearance is required on 2/6/19. The court will set further dates as necessary when it rules on the motion to dismiss.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.