**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Demetria Powell, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 18-cv-6675 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| The State of Illinois, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Plaintiff, by and through counsel, and respectfully moves this Court for leave to withdraw the appearance of Michael A. Schorsch as counsel pursuant to Local Rule 83.17. In support of this motion, Plaintiff states as follows:

1.      Mr. Schorsch is resigning his position at Despres, Schwartz & Geoghegan, Ltd., effective February 8, 2019. Mr. Schorsch will not be able to represent the plaintiff in his new position.

2.      Plaintiff will continue to be represented in this matter by Mr. Schorsch's colleagues, who already have appearances on file.

WHEREFORE, Plaintiff respectfully requests that the Court grant Mr. Schorsch leave to withdraw his appearance in this matter.

Dated: February 5, 2019                                    By: s/ Michael A. Schorsch
                                                                               Counsel for Plaintiff

Michael A. Schorsch
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

1