**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Demetria Powell, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 18-cv-6675 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| The State of Illinois, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Friday, February 15, 2019 at 9:30 a.m., we shall appear before the Honorable Judge Gottschall in Courtroom 2325 of the United States Courthouse, 219 S. Dearborn, Chicago, IL, and then and there present the attached *Motion To Withdraw As Counsel.*

Dated: February 5, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Michael A. Schorsch
　　　　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

　　　　　　　　　　　　　　　　　　　　Despres, Schwartz & Geoghegan, Ltd.
　　　　　　　　　　　　　　　　　　　　77 West Washington Street, Suite 711
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　(312) 372-2511
　　　　　　　　　　　　　　　　　　　　mschorsch@dsgchicago.com