IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| v. | ) | Judge Gottschall |
| THE STATE OF ILLINOIS, et al., | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The defendants, the State of Illinois; the Illinois Department of State Police; Governor J. B. Pritzker; and Brendan F. Kelly, Acting Director of the Illinois Department of State Police, by their attorney, Kwame Raoul, Attorney General of Illinois, move the Court for an extension of time of 14 days, to April 17, 2019, to file their reply memorandum in support of their motion to dismiss. Because of other work commitments, defense counsel is unable to meet the April 3 deadline set by this Court.

Plaintiffs have no objection to this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois     By:     */s/ Thomas A. Ioppolo*
                                         Thomas A. Ioppolo
                                         Assistant Attorneys General
                                         100 W. Randolph Street, 13th Floor
                                         Chicago, Illinois 60601
                                         312-814-7198 / 312-814-6131
                                         tioppolo@atg.state.il.us