## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 6675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: **All Parties of Record**

PLEASE TAKE NOTICE that on April 10, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Joan B. Gottschall, in Room 2325 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and shall then and there present the attached **UNOPPOSED MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

KWAME RAOUL
Attorney General of Illinois

s/Thomas A. Ioppolo
THOMAS A. IOPPOLO
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-7198
tioppolo@atg.state.il.us

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 1, 2019, he caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically e-mailed to the parties of record.

s/Thomas A. Ioppolo