UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Demetria Powell, et al.
        Plaintiff,

v.                Case No.: 1:18−cv−06675
                Honorable Joan B. Gottschall

State of Illinois, The, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 30, 2019:

  MINUTE entry before the Honorable Joan B. Gottschall: Enter memorandum opinion and order granting in part and denying in part defendants' motion to dismiss [24]. In accordance with the memorandum opinion and order, plaintiffs Patrick and Reese are dismissed for lack of standing. A status hearing is set for 11/15/19 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.