IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, et al. | ) |
| Plaintiffs, | ) No. 18 C 06675 |
| v. | ) Judge Gottschall |
| THE STATE OF ILLINOIS, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S UNCONTESTED MOTION TO SUBSTITUTE DEFENDANTS IN THEIR OFFICIAL CAPACITIES**

Plaintiff Demetria Powell moves that the Court enter an order granting this unopposed motion that substitutes Governor Jay Robert "J.B." Pritzker for former Governor Bruce Rauner, and further substitutes Acting Illinois State Police Director Brendan F. Kelly for former Illinois State Police Director Leo P. Schmitz, all in accordance with Fed. Rule of Civ. Proc. 25(d), as these defendants were all sued only in their official capacities. In support of this motion, the plaintiff states as follows:

1. On September 30, 2019, the Court sustained the plaintiff's three causes of action in this case, which were brought against the State of Illinois and the Illinois Department of State Police, as well as against the former Governor and former Director of the Illinois State Police, solely in their official capacity. The complaint seeks only declaratory and injunctive relief.

2. Since the filing of this complaint, former Governor Bruce Rauner has been replaced by Governor Jay Robert "J.B." Pritzker and former Illinois State Police Director Leo P. Schmitz has been replaced by Acting Director Brendan F. Kelly. This motion seeks to substitute Mr. Pritzker

for Mr. Rauner and Mr. Kelly for Mr. Schmitz, in accordance with Fed. Rule of Civ. Proc. 25(d). The defendants have indicated that Rule 25(d) can be self-effectuating, but have no opposition to this motion.

/s/ Thomas E. Johnson
One of the Attorneys for the Plaintiff

THOMAS GEOGHEGAN
MICHAEL P. PERSOON
Despres, Schwartz & Geoghegan
77 W. Washington Street, Suite 711
Chicago, IL 60602
(312) 372-2511

THOMAS E. JOHNSON
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Avenue, Suite 1310
Chicago, IL 60603
(312) 578-8100

Attorneys for the Plaintiffs