IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., | |
| Plaintiff, | No. 18-cv-6675 |
| v. | Hon. Joan B. Gottschall |
| THE STATE OF ILLINOIS, et al., | |
| Defendants. | |

NOTICE OF INTERLOCUTORY APPEAL

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director for the Illinois State Police, hereby appeal to the United States Court of Appeals for the Seventh Circuit the portion of the order entered by the district court on September 30, 2019 (Doc. 37), denying Defendants' motion to dismiss in which they argued that the relief requested by the plaintiffs was barred by the Eleventh Amendment to the United States Constitution. By this appeal, Defendants request that the portions of that order denying their motion to dismiss on this basis be

reversed and vacated, that this action against Defendants be dismissed, and that this Court grant any other available relief.

October 28, 2019

Defendants THE STATE OF ILLINOIS; THE DEPARTMENT OF STATE POLICE; J. B. PRITZKER, in his official capacity as Illinois Governor; and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police

By: KWAME RAOUL,
　　Illinois Attorney General

R. Douglas Rees
Deputy Attorney General,
Civil Litigation
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3498
*drees@atg.state.il.us*

/s/ *Michael Dierkes*
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3672
*mdierkes@atg.state.il.us*

2

## <u>PROOF OF FILING AND SERVICE</u>

The undersigned attorney certifies that on October 28, 2019, he caused Defendants' **NOTICE OF INTERLOCUTORY APPEAL** to be filed and served electronically using the Court's CM/ECF system.

*/s/ Michael Dierkes*
One of the attorneys for Defendant