# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 29, 2019

**To:**   Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-3144
>
> Caption:
> DEMETRIA POWELL, as guardian ad litem and on behalf of her son D. P.,
> Plaintiff - Appellee
>
> v.
>
> STATE OF ILLINOIS, et al.,
>  Defendants - Appellants
>
> ---
>
> District Court No: 1:18-cv-06675
> District Judge Joan B. Gottschall
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 10/28/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)