## FOID Revocations in Chicago

Recently provided data from the Illinois State Police offers insight into FOID compliance:

### Cook County

- 10,383 individuals revoked in Cook County from March of 2015 to March of 2019[1]
  - **79% non-compliant** (8,193): Failed to turn in either their FOID card, a firearm disposition record or both
    - **39% of those individuals have an FTIP**[2] (3,163) indicating they purchased a weapon, but they have not turned in a disposition record to account for it
  - Reasons: Crime, mental health and orders of protection were the lead reasons cited for revocation, each being noted in between 26% and 28% of cases[3].

### Chicago

- 5,019 individuals revoked in Chicago[4] from March of 2015 to March of 2019 *(48% of Cook)*
  - **84% non-compliant** (4,208)
    - **40% of those individuals have an FTIP** (1,680), but they have not turned in a firearm disposition record

### Revocations and Homicide Data

Significant overlap is apparent between Chicago Zip codes with the highest number of homicides and Chicago Zip codes with the highest number of non-compliant FOID revocations. Looking at Chicago Zip codes in the top quarter (12 of 48) for non-compliant FOID revocations, 66% (8 of 12) were also among the top quarter of Zip codes for 2018 homicides.

| Neighborhood Area | Zip Code | 2018 Homicides Per Zip Code[5] | Non-Compliant FOID Revoked Persons Zip Code | Homicide Rank | Non-Compliant Rank |
|---|---|---|---|---|---|
| Auburn Gresham | 60620 | 27 | 210 | 6 | 1 |
| Roseland | 60628 | 43 | 198 | 2 | 2 |
| Chatham | 60619 | 20 | 191 | 10 | 3 |
| South Chicago | 60617 | 20 | 179 | 10 | 4 |
| Beverly/Washington Pk | 60643 | 11 | 140 | 17 | 5 |
| Humboldt Park | 60651 | 21 | 137 | 9 | 6 |
| Chicago Lawn | 60629 | 18 | 130 | 13 | 7 |
| North/South Lawndale | 60623 | 30 | 113 | 5 | 8 |
| Belmont Cragin | 60639 | 16 | 103 | 16 | 9 |
| West Garfield Park | 60624 | 43 | 96 | 2 | 10 |
| Altgeld Gardens | 60827 | 7 | 95 | 24 | 11 |
| Englewood | 60621 | 25 | 94 | 7 | 12 |

---

[1] Revocation data derived from a dataset provided by Illinois State Police that starts in March of 2015 and ends in March of 2019.
[2] A Firearm Transfer Inquiry Program (FTIP) record is generated when individuals attempt to purchase a firearm from a licensed Illinois dealer, or a weapon is transferred through a licensed Illinois dealer. Individuals may legally obtain weapons in ways that do not generate an FTIP.
[3] An individual can be revoked for multiple reasons and the ISP data did not provide a detailed reason in 11% of cases. "Crime" includes indictment and conviction revocations. "Mental Health" includes both voluntary and involuntary committal.
[4] Includes two Zip codes that include both parts of Chicago and neighboring suburbs.
[5] Homicide data was obtained from the Cook County Medical Examiner

EXHIBIT D