## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Thomas E. Johnson, one of the attorneys for the plaintiff, certifies that he filed the foregoing Plaintiff's Memorandum in Opposition to Defendants' Motion for Reconsideration and to Dismiss this Action as Moot, with the Clerk of the United States District for the Northern District of Illinois, using the Court's CM/ECF electronic filing system on November 1, 2019 and served opposing counsel, identified below, through the electronic filing system on the same date:

>Mr. Kwame Raoul
>Attorney General of Illinois
>Mr. R. Douglas Ross
>Mr. Michael T. Dierkes
>Assistant Attorneys General
>100 W. Randolph Street, 12th Floor
>Chicago, IL 60601

>/s/ Thomas E. Johnson
>One of the Attorneys for the Plaintiff