# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Powell v. State of Illinois et al.

Case Number: 18-cv-6675

An appearance is hereby filed by the undersigned as attorney for:

Defendants State of Illinois, Illinois State Police, J. B. Pritzker, Brendan Kelly

Attorney name (type or print): R. Douglas Rees

Firm: Office of the Illinois Attorney General

Street address: 100 W. Randolph Street, 12th Floor

City/State/Zip: Chicago, Illinois  60601

Bar ID Number: 6201825
(See item 3 in instructions)

Telephone Number: 312-814-3498

Email Address: drees@atg.state.il.us

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
   If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 8, 2019

Attorney signature: S/ R. Douglas Rees

(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015