UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P. et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 18 CV 6675 Judge Joan B. Gottschall |
| vs. | ) ) | |
| The State of Illinois et al., | ) ) | |
| Defendants. | ) | |

# NOTICE OF MOTION

**TO:** All Counsel of Record

    **PLEASE TAKE NOTICE** that on **Wednesday, December 4, 2019 at 9:30 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis, or any judge sitting in her stead in **Courtroom 2325** of the Northern District of Illinois and shall present the **Plaintiff's Motion for Class Certification** filed on November 21, 2019.

                                                                                                                                      Respectfully submitted,

Dated: November 21, 2019                                    By:/s/ Thomas H. Geoghegan
                                                                                                One of Plaintiff's Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Will Bloom
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

Thomas E. Johnson
Johnson, Jones, Snelling, Gilbert & Davis. P.C.
36 S. Wabash Ave., Suite 1310
Chicago, IL 60603
(312) 578-8100
Attorneys for the Plaintiff