IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF ILLINOIS, et al., <br><br> Defendants. | No. 18-cv-6675 <br><br> Hon. Joan B. Gottschall |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully request extensions of time to (1) January 17, 2020 to answer plaintiffs complaint and (2) February 14, 2020 to respond to plaintiffs' motion for class certification. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1. Defendants' answer to plaintiffs' complaint is currently due January 2, 2019. Due to the upcoming holidays, defendants require and respectfully request an additional 15 days, to and including January 17, 2020, to prepare and file their answer.

2. Defendants' response to plaintiffs' motion for class certification is currently due January 2, 2019. (Dkt. No. 60) Defendants require additional time to respond. In addition, the parties are scheduling a meeting for late January to discuss potential settlement of this matter. To allow defendants to focus their time and resources on exploring potential settlement of this matter, defendants respectfully request that the deadline for their response to plaintiffs' motion for class certification be extended to February 14, 2020.

3. Plaintiffs' counsel does not oppose these requested extensions of time.

4. No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request extensions of time to January 17, 2020 to answer plaintiffs' complaint and February 14, 2020 to respond to plaintiffs' motion for class certification.

December 20, 2019

Respectfully submitted,

Defendants THE STATE OF ILLINOIS; THE DEPARTMENT OF STATE POLICE; J. B. PRITZKER, in his official capacity as Illinois Governor; and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police

By: KWAME RAOUL,
    Illinois Attorney General

/s/ *Michael Dierkes*
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3672
mdierkes@atg.state.il.us

R. Douglas Rees
Deputy Attorney General,
Civil Litigation
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3498
drees@atg.state.il.us