IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, et al.,<br><br>Defendants. | No. 18-cv-6675<br><br>Hon. Joan B. Gottschall |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on **January 8, 2020 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead in Courtroom 2325 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Unopposed Motion for Extension of Time**, a copy of which has been filed and served concurrently with this Notice.

Dated: December 20, 2019

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,

/s/ Michael T. Dierkes

Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672

Counsel for Defendants