**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Demetria Powell, et al.
         Plaintiff,

v.                Case No.: 1:18−cv−06675
                Honorable Joan B. Gottschall

State of Illinois, The, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 31, 2019:

  MINUTE entry before the Honorable Joan B. Gottschall. Defendants' unopposed motion for extension of time [63] is granted. The deadline for defendants to answer the complaint is extended to and including 1/17/2020. The briefing schedule on plaintiff's motion for class certification [57] is enlarged as follows: response due: 2/14/2020; reply due: 2/28/2020. The motion and status hearings set for 1/8/2020 are stricken. A status hearing is set for 2/21/2020 at 9:30 am. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.