IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF ILLINOIS, et al., <br><br> Defendants. | No. 18-cv-6675 <br><br> Hon. Joan B. Gottschall |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully request an extension of time to March 20, 2020 to respond to plaintiffs' motion for class certification, in light of ongoing settlement discussions. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1. Defendants' response to plaintiffs' motion for class certification is currently due February 14, 2020.

2. The parties are engaged in ongoing settlement discussions. The parties met in person on January 23, 2020, and have another in-person meeting scheduled for next week, on February 21, 2020.

3. To allow defendants to focus their time and resources on exploring potential settlement of this matter, defendants respectfully request that the deadline for their response to plaintiffs' motion for class certification be extended to March 20, 2020.

4. Plaintiffs' counsel does not oppose this request.

5.  No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request an extension of time to March 20, 2020 to respond to plaintiffs' motion for class certification, in light of the parties' ongoing settlement discussions.

February 14, 2020

Respectfully submitted,

Defendants THE STATE OF ILLINOIS; THE DEPARTMENT OF STATE POLICE; J. B. PRITZKER, in his official capacity as Illinois Governor; and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police

By: KWAME RAOUL,
 Illinois Attorney General

/s/ *Michael Dierkes*
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3672
mdierkes@atg.state.il.us

R. Douglas Rees
Deputy Attorney General,
Civil Litigation
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3498
drees@atg.state.il.us