IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 06675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| THE STATE OF ILLINOIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE APPEARANCES OF JONATHAN LOWY, KELLY SAMPSON AND CHRISTA NICHOLS OF THE BRADY CENTER FOR GUN CONTROL AS CO-COUNSEL FOR THE PLAINTIFF**

Plaintiff Demetria Powell moves that the Court enter an order granting Jonathan Lowy, Chief Counsel of the Brady Center for Gun Control, as well as Kelly Sampson and Christa Nichols of the Brady Center, leave to file their appearances as co-counsel for the plaintiff. In support of this motion, the plaintiff states as follows:

1. The Brady Center for Gun Control and its legal arm, Brady Legal, is the foremost center for the litigation of cases aimed at reducing gun violence in the United States. Three of their attorneys seek to join plaintiff's legal team in this case.

2. Each of these lawyers are experienced litigators in this area and will provide important assistance to the plaintiff.

3. We seek to have all three admitted *pro hac vice* to this Court, solely for the purpose of litigating this case.

/s/ Thomas E. Johnson
One of the Attorneys for the Plaintiff

1

THOMAS GEOGHEGAN
MICHAEL P. PERSOON
Despres, Schwartz & Geoghegan
77 W. Washington Street, Suite 711
Chicago, IL 60602
(312) 372-2511

THOMAS E. JOHNSON
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Avenue, Suite 1310
Chicago, IL 60603
(312) 578-8100

Attorneys for the Plaintiffs