IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 18 C 06675 |
| ) | Judge Gottschall |
| THE STATE OF ILLINOIS, et al. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF MOTION

To: Mr. Doug Rees
Mr. Michael Dierkes
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **February 21, 2020 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present the PLAINTIFF'S MOTION FOR LEAVE TO FILE THE APPEARANCES OF JONATHAN LOWY, KELLY SAMPSON AND CHRISTA NICHOLS OF THE BRADY CENTER FOR GUN CONTROL AS CO-COUNSEL.

/s/Thomas E. Johnson
Attorney for Plaintiff

Thomas E. Johnson
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Ave., Suite 1310
Chicago, IL 60603
(312) 578-8100

CERTIFICATE OF SERVICE

Thomas E. Johnson, an attorney, hereby certifies that the attached Motion was served upon the parties listed above by the federal court's e-filing system on February 18, 2020.

/s/Thomas E. Johnson