UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Demetria Powell, et al.

        Plaintiff,

v.                  Case No.: 1:18−cv−06675
                  Honorable Joan B. Gottschall

State of Illinois, The, et al.

        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2020:

  MINUTE entry before the Honorable Joan B. Gottschall: As agreed by the parties in their joint status report [76] filed 5/18/2020, briefing on plaintiff's motion for class certification [57] is stayed pending the parties' settlement discussions. The parties are directed to file a joint status report on or before 8/19/2020. Under the Civil Justice Reform Act, this motion must be reported to the Administrative Office of the U.S. Courts in Washington on October 1, 2020, since it will have been pending for longer than the Act views as appropriate, that is, it has been pending, and has not been decided, for over six months. Obviously, the motion has not been briefed and cannot properly be adjudicated. Accordingly, in order to avoid being compelled either to decide the motion without briefs or to report it as overdue, the motion for class certification is administratively denied without prejudice. The motion shall remain pending for purposes of tolling the statute of limitations and for all other purposes under Seventh Circuit law. See generally Culver v. City of Milwaukee, 277 F.3d 908, 914 (7th Cir. 2002); Damasco v. Clearwire Corp., 662 F.3d 891, 89596 (7th Cir. 2011). As soon as the parties are ready to proceed with briefing the motion, it will be administratively reinstated. Should the parties object to this order, they should promptly advise the court.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.