UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P. et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18 CV 6675 Judge Joan B. Gottschall |
| vs. | ) ) ) | |
| The State of Illinois et al., | ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order (Dkt. No. 83), plaintiff and defendants, by their respective counsel, submit this joint status report, and apprise the Court that settlement discussions led by the Seventh Circuit mediation office remain ongoing. The parties suggest that they file another joint status report within 45 days.

Respectfully submitted,

*/s/ Thomas H. Geoghegan*
Despres Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602
*Counsel for Plaintiffs*

*/s/ Michael T. Dierkes*
Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672
*Counsel for Defendants*