**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P. et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18 CV 6675 |
| | ) | Judge Joan B. Gottschall |
| vs. | ) ) | |
| The State of Illinois et al., | ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order (Dkt. No. 91), plaintiff and defendants, by their respective counsel, submit this joint status report. The parties have not succeeded in the mediation in reaching a settlement, but mediation remains ongoing. Plaintiff will file a motion for leave to file a first amended complaint, and the Court may wish to hear from the parties at that time. The parties still hope a settlement can be achieved.


Respectfully submitted,


*/s/ Thomas H. Geoghegan*
Despres Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602
*Counsel for Plaintiffs*

*/s/ Michael T. Dierkes*
Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672
*Counsel for Defendants*