# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Demetria Powell, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:18−cv−06675
                                                       Honorable Joan B. Gottschall

State of Illinois, The, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 28, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's unopposed motion (No. [94]) for leave to amend the complaint is granted. Plaintiff is directed to file her proposed first amended complaint as a separate entry on the docket. As the parties request, a status hearing to be held by teleconferencing is set for 7/30/2021 at 10:00 a.m. The hearing will be via telephone conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (888) 684−8852 and the access code is 6692394. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing, please click on the hyper link that will be provided to take you to Judge Gottschall's telephone conference login. From there, join conference As Guest, Enter your name, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hyphens) and name. If you do not have access to a computer Dial (888) 684−8852, the access code is 6692394. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.