# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Demetria Powell, et al.

                    Plaintiff,

v.                                         Case No.: 1:18−cv−06675
                                               Honorable Joan B. Gottschall

State of Illinois, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 30, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Telephonic status hearing held. Only counsel for the plaintiffs appeared for the telephonic hearing. As stated on the record, the defendants' response to the amended complaint is due on or before 8/20/21. If the parties would like to request a status hearing by teleconference, they may contact the courtroom deputy at (312) 435−5641. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.