**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., | |
| Plaintiffs, | |
| v. | No. 18-cv-6675 |
| THE STATE OF ILLINOIS, et al., | Hon. Joan B. Gottschall |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT**

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully request an extension of time to September 20, 2021 to respond to plaintiffs' amended complaint. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1.      Plaintiffs filed an amended complaint on July 28, 2021. (Dkt. No. 97) Defendants' response is currently due August 20, 2021. (Dkt. No. 98)

2.      The parties are engaged in ongoing settlement discussions. To allow defendants to focus their time and resources on exploring potential settlement of this matter, defendants respectfully request a 30-day extension, to September 20, 2021, to respond to plaintiffs' amended complaint.

3.      Plaintiffs' counsel does not oppose the requested extension.

4.      No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request an extension of time to September 20, 2021 to respond to plaintiffs' amended complaint.

August 18, 2021

Respectfully submitted,

Defendants THE STATE OF ILLINOIS; THE DEPARTMENT OF STATE POLICE; J. B. PRITZKER, in his official capacity as Illinois Governor; and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police

By: KWAME RAOUL,
    Illinois Attorney General

/s/ *Michael T. Dierkes*
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3672
*michael.dierkes@ilag.gov*

R. Douglas Rees
Deputy Attorney General,
Civil Litigation
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3498
*richard.rees@ilag.gov*

2