IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF ILLINOIS, et al., <br><br> Defendants. | No. 18-cv-6675 <br><br> Hon. Joan B. Gottschall |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully request an extension of time to October 20, 2021 to respond to plaintiffs' amended complaint. In support of this motion, defendants state as follows:

1. Defendants' response to plaintiffs' amended complaint is currently due September 20, 2021. (Dkt. No. 100)

2. The parties are engaged in ongoing settlement discussions. Defendants provided their most recent letter to plaintiffs' counsel on September 8, 2021, and the parties require some additional time to determine whether a settlement of this matter is possible. In addition, in the event that the parties are unable to settle, defendants require additional time to research the novel issues raised by plaintiffs' amended complaint and prepare a response. Thus, defendants respectfully request a 30-day extension, to October 20, 2021, to respond to plaintiffs' amended complaint.

3. No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request an extension of time to October 20, 2021 to respond to plaintiffs' amended complaint.

September 17, 2021

Respectfully submitted,

Defendants THE STATE OF ILLINOIS; THE DEPARTMENT OF STATE POLICE; J. B. PRITZKER, in his official capacity as Illinois Governor; and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police

By: KWAME RAOUL,
     Illinois Attorney General

R. Douglas Rees
Deputy Attorney General,
Civil Litigation
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3498
*richard.rees@ilag.gov*

/s/ *Michael T. Dierkes*
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3672
*michael.dierkes@ilag.gov*