UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Demetria Powell, et al.
                            Plaintiff,

v.                                                   Case No.: 1:18−cv−06675
                                                       Honorable Joan B. Gottschall

State of Illinois, The, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 20, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendants' motion (No. [101]) for an extension to and including 10/20/2021 of their deadline to respond to plaintiffs' amended complaint does not indicate whether it is opposed, as required by the procedures set forth on Judge Gottschall's page on the court's official website. Any response to the motion is due on or before 9/22/2021. If the motion is unopposed, counsel are encouraged promptly to file a response so stating. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.