IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DEMETRIA POWELL, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 C 06675 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| **THE STATE OF ILLINOIS, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiffs do not agree to this motion for extension of time.  Plaintiffs would have no objection to an extension if further settlement discussions of the parties included a representative from the Governor's office or from the Illinois State Police with full settlement authority.

While there are various open issues unresolved, by far the most significant is whether defendants will hold gun dealers accountable for the straw purchasing and gun trafficking that is fueling the violence in Chicago.

Until defendants make a commitment to provide an individual or officer with full settlement authority for direct talks between the parties, the present action should proceed.

        Respectfully submitted,

        */s/ Thomas H. Geoghegan*
        Thomas H. Geoghegan
        Michael P. Persoon
        Willem W. Bloom
        **DEPRES SCHWARTZ & GEOGHEGAN LTD**
        77 W Washington St., Ste. 711
        Chicago, IL 60602
        admin@dsgchicago.com

        Jonathan Lowy
        Christa Nicols

Kelly Sampson
**BRADY**
840 First Street, Suite 400
Washington D.C. 20002
jlowy@bradyunited.org
cnicols@bradyunited.org
ksampson@bradyunited.org

*Attorneys for the Plaintiffs*