UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Demetria Powell, et al.
                    Plaintiff,

v.                                      Case No.: 1:18−cv−06675
                                        Honorable Joan B. Gottschall

State of Illinois, The, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 23, 2021:

MINUTE entry before the Honorable Joan B. Gottschall: Upon consideration of plaintiffs' response (No. [103]), defendants' motion (No. [101]) for an extension of their deadline to answer or otherwise respond to plaintiffs' amended complaint is granted in part and denied in part. Defendants' deadline to answer or otherwise respond to the amended complaint (No. [97]) is extended to and including October 13, 2021. Plaintiffs' response makes clear, however, that, in view of the present state of settlement discussions, plaintiffs wish for this case to begin moving forward. If all parties can agree that continuing settlement discussions would likely be productive, the parties will be given the time they need. Similarly, if all parties agree that a referral to Judge Finnegan for settlement assistance would be helpful, they should contact Judge Gottschall's courtroom deputy and so advise. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.