IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF ILLINOIS, et al., <br><br> Defendants. | No. 18-cv-6675 <br><br> Hon. Joan B. Gottschall |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
<u>OVERLENGTH BRIEF *INSTANTER*</u>**

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully move this Court pursuant to Local Rule 7.1 for leave to file *instanter* a memorandum of law in support of their motion to dismiss that exceeds 15 pages. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1. Plaintiffs have filed a 35-page, 122-paragraph amended complaint asserting claims under Section 504 of the Rehabilitation Act.

2. Defendants have moved to dismiss plaintiffs' claims, and seek leave to file a 20-page memorandum of law in support of their motion. Under Local Rule 7.1, briefs in excess of 15 pages require leave of court. Here, the additional pages are necessary to provide the Court with relevant background information and adequately address the legal issues raised by plaintiffs' amended complaint.

3. Plaintiffs do not oppose this motion.

WHEREFORE, for the foregoing reasons, defendants respectfully request that this Court grant them leave to file *instanter* a 20-page memorandum of law in support of their motion to dismiss plaintiffs' amended complaint.

Dated: October 13, 2021

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

By: /s/ *Michael T. Dierkes*
Michael T. Dierkes

R. Douglas Rees
Eileen E. Boyle Perich
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601

Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672
michael.dierkes@ilag.gov