UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Demetria Powell, et al.
                               Plaintiff,

v.                                            Case No.: 1:18−cv−06675
                                              Honorable Joan B. Gottschall

State of Illinois, The, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 14, 2021:

    MINUTE entry before the Honorable Joan B. Gottschall: Defendants' unopposed motion (No. [107]) for leave to file a brief instanter exceeding the 15−page limit set by LR 7.1 is granted. Defendants' memorandum of law (No. [106]) in support of their motion to dismiss the amended complaint is deemed filed with leave of court. Defendants' motion (No. [105]) to dismiss the amended complaint is briefed as follows: response due: 11/3/2021; reply due: 11/17/2021. The court will rule by mail. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.