IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P. et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 1:18-cv-06675 |
| v. | ) ) | |
| | ) | The Honorable |
| The State of Illinois et al., | ) ) | Judge Joan B. Gottschall |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs Demetria Powell, et al., by her undersigned counsel, respectfully move for an extension of time of three weeks to Wednesday, November 24, 2021, in which to answer the Defendants' renewed motion to dismiss plaintiffs' first amended complaint.

In support of this motion, plaintiffs state:

1. The brief is now due on Wednesday November 3, 2021.

2. Plaintiffs' principal counsel Thomas Geoghegan has need of this extension for both personal and professional reasons. On October 9, 2021, he was married to Susan Feibus. He is hoping for additional time for a brief post-wedding trip. He has recently had to meet deadlines for briefs in federal courts in this Circuit and others. That includes, for example, principal responsibility for filing a 25-page brief on October 25, 2021, in Uetricht et al. Chicago Parking Meters, Ltd., 21-cv-3364 an antitrust class action.

3.  Plaintiffs have been advised that defendants have no objection to the extension of time to Wednesday November 24, 2021, provided that defendants are given to December 17, 2021, to reply.

WHEREFORE, plaintiffs respectfully request that this Court extend the date to November 24, 2021, to reply to the defendants' motion to dismiss and to set the date of December 17, 2021, to reply.

Respectfully submitted,

Dated: October 26, 2021

By: /s/ *Thomas H. Geoghegan*
One of Plaintiffs' Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Willem Bloom
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

Thomas E. Johnson
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Ave., Suite 1310
Chicago, IL 60603
(312) 578-8100

Attorneys for the Plaintiff