**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 18-cv-6675 |
| The State of Illinois, et al., | ) ) ) | The Honorable Judge Joan B. Gottschall |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE CORRECTED COPY OF FIRST AMENDED COMPLAINT**

Plaintiffs Powell and Matthews by their undersigned counsel move to file a corrected copy of their first amended complaint removing paragraph 119 from that complaint. Plaintiffs have attached as Exhibit A this corrected copy but designated it as a second amended complaint to avoid confusion. Defendants have no objection but both parties seek a revised briefing schedule as set forth below.

In support of this motion plaintiffs state:

1.     In filing the first amended complaint, plaintiffs chose to file a single count alleging disability discrimination in place of the two counts in the original complaint. Plaintiffs also kept intact the state law count under the Illinois Civil Rights Act (IRCA), formerly Count III, and now Count II.

2.      While plaintiffs kept the ICRA claim, made multiple references to ICRA, and sought only ICRA relief in the prayer for relief, plaintiffs inadvertently left in the new Count II a paragraph alleging disability discrimination under Section 504 of the Rehabilitation Act. That paragraph—paragraph 119—was inadvertently not removed from the final draft of the first amended complaint.

3.      Defendants then expressed uncertainty as to whether Count II was in fact a claim for relief under Section 504 and not ICRA and chose not to address the ICRA claim in their motion to dismiss filed on October 13, 2021.

4.      Without expressing any opinion as to whether the count was clear, plaintiffs submit that the simplest way to resolve the matter is to file a corrected first amended complaint as a "second amended complaint" and give defendants until December 17, 2021, to file a revised motion to dismiss and memorandum in support.

WHEREFORE, plaintiffs respectfully ask this Court to:

A.      Grant leave to file the corrected complaint as a second amended complaint as attached as Exhibit A.

B.      Grant defendants until December 17, 2021, to file a revised motion to dismiss and memorandum in support of their motion to dismiss.

C.      Grant plaintiffs to January 7, 2022, to file their memorandum of law in opposition to the motion to dismiss.

Respectfully submitted,

Dated: November 22, 2021

By: /s/ *Thomas H. Geoghegan*
    One of Plaintiffs' Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Willem Bloom
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511