# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Demetria Powell, et al.

                    Plaintiff,

v.                                      Case No.: 1:18−cv−06675
                                                   Honorable Joan B. Gottschall

State of Illinois, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' unopposed motion (No. [113]) for leave to file their proposed second amended complaint is granted. Plaintiffs must file their second amended complaint as a separate docket entry on the docket by no later than 11/24/2021. Because the parties have agreed (No. [113]) to re−brief the pending motion to dismiss the first amended complaint, the motion (No. [105]) is denied as moot. By agreement of the parties, defendants' anticipated motion to dismiss the second amended complaint is briefed as follows: motion due: 12/17/2021; response due: 1/7/2022; reply due: 1/21/2022. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.