EXHIBIT B



   This checklist will also help aid law enforcement in inspecting gun dealers and, where appropriate, denying licenses or renewals to dealers. In the event that a crime gun is traced to a gun dealer, copies of the screening checklists will provide details regarding the circumstances of the transfer, alongside video surveillance required by other provisions of the Dealer Act, to correct any training issues and alert ISP to repeated violations of the requirements. An initial proposed draft checklist is below:

Before transferring a firearm, the dealer should be assured that the purchaser is not a straw purchaser or a gun trafficker, but is buying a gun for his or her own use. Likely straw buyers can often be identified by simply asking questions that should be asked as part of general good business practice, such as: What do you want to do with the gun? What is your experience with it? Dealers should review and follow the "Don't Lie for the Other Guy" recommendations, and must provide answers to the following:

- ☐ Is the purchaser buying the gun for himself or herself? _____
- ☐ Is the purchaser buying the gun as a gift? _____
- ☐ What is the intended use of the firearm? _____
- ☐ What type of firearm is the purchaser most interested in or comfortable with using? _____
- ☐ What is the purchaser's experience or training with that type of firearm or firearms generally? _____
- ☐ Is anyone with the purchaser? _____
    - How many people? _____
    - What is their relation to the purchaser? _____
- ☐ Is the purchaser or anyone with him/her buying other guns or products? _____
    - What is the intended use of those firearms or products? _____
- ☐ Has the purchaser or anyone with him/her bought or attempted to buy other guns in the past?
    - Did that person undergo a NICS or state point of contact background check? _____

- If so, did that background check return a status other than "proceed"? _____
- What type of firearm? _____
- When? _____

☐ Has the purchaser or anyone with him/her made a call or text while in the business premises? _____
☐ Is any other behavior or are any of the circumstances surrounding the purchase unusual? ____
☐ Do you have doubts as to whether the purchaser is buying the gun for him or herself, or whether he or she may be a gun trafficker? _____

    Immediately upon receiving a trace request of a firearm, a dealer should complete a report in which the dealer reviews the sale and examines its sales practices to determine if anything could be learned or done better. The dealer should then send the report to the appropriate party engaging in inspections. The report should include the check list, a video of the sale and all interactions with purchaser, as well as a prepared form in which all store personnel who were involved in the sale describe the circumstances and any potential indicators that the gun might be headed for criminal hands.