IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE STATE OF ILLINOIS, et al.,<br><br>    Defendants. | No. 18-cv-6675<br><br>Hon. Joan B. Gottschall |

## DEFENDANTS' MOTION TO DISMISS

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their counsel, Illinois Attorney General Kwame Raoul, move for dismissal of plaintiffs' second amended complaint. The grounds for this motion are set forth in defendants' memorandum of law in support of their motion to dismiss, which they incorporate by reference.

Dated: December 17, 2021

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

By: /s/ Michael T. Dierkes
Michael T. Dierkes
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672
michael.dierkes@ilag.gov

R. Douglas Rees
Eileen E. Boyle Perich
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601