IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian ad litem and on behalf of her son D.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF ILLINOIS, et al., <br><br> Defendants. | No. 18-cv-6675 <br><br> Hon. Joan B. Gottschall |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants State of Illinois, Department of State Police, J.B. Pritzker in his official capacity as Illinois Governor, and Brendan Kelly in his official capacity as Director of the Illinois State Police, by and through their attorney, Illinois Attorney General Kwame Raoul, respectfully request a 14-day extension of time, to February 4, 2022, to file their reply in support of their motion to dismiss. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1. Defendants have filed a motion to dismiss. Plaintiffs filed their response on January 7, 2022, and defendants' reply is currently due January 21, 2022.

2. Due to defense counsel's schedule and case load, defendants require an additional 14 days to prepare and file their reply brief.

3. Plaintiffs' counsel does not oppose the requested extension.

4. No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request an extension of time to February 4, 2022 to file their reply in support of their motion to dismiss.

Dated: January 20, 2022

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

By: */s/ Michael T. Dierkes*
Michael T. Dierkes

R. Douglas Rees
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601

Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672
michael.dierkes@ilag.gov