# EXHIBIT A

# Dierkes, Michael

| | |
|---|---|
| **From:** | Thomas Geoghegan <tgeoghegan@dsgchicago.com> |
| **Sent:** | Friday, March 4, 2022 5:00 PM |
| **To:** | Dierkes, Michael |
| **Subject:** | Re: [EXTERNAL] discovery |

Mike

We want normal discovery, and that is now effectively impossible in this century without ESI. And it is too complicated in our view to limit normal discovery in ambiguous ways.

But I do want to assure you we agree to hold off depositions.

Tom.

On Thu, Mar 3, 2022 at 5:11 PM Dierkes, Michael <Michael.Dierkes@ilag.gov> wrote:
> Hi Tom: I'm conferring with my client and will get back to you shortly, but just to make sure I understand your position, is there any willingness on plaintiffs' part to consider a compromise beyond no depositions? For example, holding off on ESI and staging discovery based on priorities?
>
> Thanks,
>
> Mike
>
> Michael T. Dierkes
> Civil Rights Assistant Unit Supervisor
> General Law Bureau
> Office of the Illinois Attorney General
> 100 West Randolph Street
> Chicago, Illinois 60601
> Phone: 312-814-3672
> Cell: 312-339-6326
> E-mail: michael.dierkes@ilag.gov
>
> **From:** Thomas Geoghegan <tgeoghegan@dsgchicago.com>
> **Sent:** Wednesday, March 2, 2022 11:14 AM
> **To:** Dierkes, Michael <Michael.Dierkes@ilag.gov>
> **Cc:** Jonathan Lowy <jlowy@bradyunited.org>; Kelly Sampson <ksampson@bradyunited.org>; pbangle@bradyunited.org <pbangle@bradyunited.org>
> **Subject:** [EXTERNAL] discovery
>
> Mike
>
> What is the defendants' response to starting normal discovery - and notifying the Court of our agreement?
>
> As stated we will hold off depositions for the time being.

1

Tom

--
Despres, Schwartz and Geoghegan Ltd
77 West Washington St., Room 711
Chicago IL 60602

312 372 2511 (office)
312 622 0136 (cell)

--
Despres, Schwartz and Geoghegan Ltd
77 West Washington St., Room 711
Chicago IL 60602

312 372 2511 (office)
312 622 0136 (cell)