IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA POWELL, as guardian *ad litem* and on behalf of her son D.P., et al., ) ) ) Plaintiffs, ) ) v. ) ) The State of Illinois, et al., ) ) Defendants. ) | Case No. 18-cv-6675 The Honorable Judge Joan B. Gottschall |

**PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION
TO MOTION TO ALLOW DISCOVERY**

What plaintiffs understood defendants to propose was informal discovery: that plaintiffs can ask for specific documents and defendants will choose what to provide but will not search for these documents electronically or engage in ESI protocols. The limitation as plaintiffs understand it is that defendants will determine what is relatively easy and unobjectionable to produce, without privilege logs or a search of the records of custodians or strict compliance with the rules of federal discovery.

Plaintiffs and their counsel—including the undersigned counsel—do not wish to engage in a wasteful preliminary to real discovery. Plaintiffs are very conscious of their ethical obligation to minimize discovery costs as much as possible—for the sake of all parties. For that very reason, plaintiffs also do not wish to expend money and time in a process that is not real discovery and that will have to be done over if the motion to dismiss is denied.

Again, it should be said that the threshold issues raised by defendants—as to standing, for example, or redressability—are the same that defendants have raised before. The only difference

here is a claim about the level of proof that plaintiffs have to meet under Section 504 of the Rehabilitation Act, which is an evidentiary matter.

For these reasons, plaintiffs seek an order that the parties participate in discovery pursuant to Rule 26 and the related Federal Rules of Civil Procedure.

|  | Respectfully submitted, |
|---|---|
| Dated: April 1, 2022 | By: /s/ *Thomas H. Geoghegan*<br>One of Plaintiffs' Attorneys |

| | |
|---|---|
| Jonathan Lowy<br>Christa Nicols<br>Kelly Sampson<br>**Brady Center to Prevent Gun Violence**<br>840 First Street, Suite 400<br>Washington, D.C. 20002<br>jlowy@bradyunited.org<br>cnicols@bradyunited.org<br>ksampson@bradyunited.org | Thomas H. Geoghegan<br>Michael P. Persoon<br>Willem Bloom<br>**Despres, Schwartz & Geoghegan, Ltd.**<br>77 West Washington Street, Suite 711<br>Chicago, Illinois 60602<br>(312) 372-2511<br>admin@dsgchicago.com |