# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Demetria Powell, et al.

                Plaintiff,

v.

State of Illinois, The, et al.

                Defendant.

Case No.: 1:18–cv–06675
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter order denying as unnecessary plaintiffs' motion [126] to allow discovery. In accordance with the order, a Fed. R. Civ. P. 26(f) discovery plan (or competing plans) is due on or before 4/25/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.