UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Demetria Powell, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:18−cv−06675
                                                      Honorable Joan B. Gottschall

State of Illinois, The, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 28, 2022:

    MINUTE entry before the Honorable Joan B. Gottschall: By joint status report [132] filed 4/25/2022, the parties report that defendants intend to file a motion to stay discovery. Plaintiffs propose a discovery plan, including a 60−day deadline to amend pleadings in light of the fact that D.P. has moved out of Chicago. The court will rule on plaintiffs' proposed discovery plan, if necessary, along with defendants' anticipated motion to stay discovery. Accordingly, plaintiffs' counsel are directed to file a formal motion for leave to amend their complaint. See Fed. R. Civ. P. 15(a)(2). The motion must state (1) whether defendants oppose the motion; and (2) whether the proposed amendment will require rebriefing the pending motion to dismiss. Defendants' motion to stay discovery is due on or before 5/10/2022. Plaintiffs also propose filing a renewed motion for class certification 30 days after this court's ruling on the pending motion to dismiss. Counsel should bear in mind that class certification must generally be resolved "[a]t an early practicable time after a person sues or is sued as a class representative." Fed. R. Civ. P. 23(c)(1). Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.