## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Shanice Mathews, et al.
                              Plaintiff,

v.                                                   Case No.: 1:18−cv−06675
                                                   Honorable Joan B. Gottschall

State of Illinois, The, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' unopposed motion [135] to withdraw voluntarily Demetria Powell as a named plaintiff is granted. Consistent with Seventh Circuit case law holding that the proper way to drop fewer than all claims or parties is to amend the complaint, plaintiffs are directed to file a third amended complaint dropping plaintiff Powell. See Taylor v. Brown, 787 F.3d 851, 857−58 (7th Cir. 2015) (citing Berthold Types Ltd. v. Adobe Sys. Inc., 242 F.3d 772, 777 (7th Cir. 2001) (other citation omitted)). The pending motion [116] to dismiss the second amended complaint shall apply to the third amended complaint. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.