**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Shanice Mathews, et al.
                          Plaintiff,

v.                                         Case No.: 1:18−cv−06675
                                              Honorable Joan B. Gottschall

State of Illinois, The, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 18, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: In accordance with the minute order [137] of 5/11/2022, plaintiffs' third amended complaint must be filed on or before 5/20/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.