**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHANICE MATTHEWS, as guardian ad
litem and on behalf of her son D.W.,

    Plaintiff,

    v.

THE STATE OF ILLINOIS, et al.,

    Defendants.

No. 18-cv-6675

Hon. Joan B. Gottschall

## <u>UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT</u>

Defendants move to supplement their motion to dismiss by providing this Court with notice of Public Act 102-0889. Plaintiffs do not oppose this motion. In support of this motion, defendants state as follows:

1.    In their motion to dismiss, defendants detailed the State's measures to combat gun violence since plaintiffs filed this lawsuit. Dkt. 117 at 1-5. To update the Court, Governor Pritzker recently signed additional gun control legislation banning the sale and possession of "ghost guns" in Illinois. Ghost guns are untraceable, privately made firearms without serial numbers, often sold online as kits and assembled at home.

2.    On May 18, 20222, the Governor signed Public Act 102-0889 (H.B. 4383), attached as Exhibit A, making it unlawful for persons to sell, transfer, or possess "an unserialized unfinished frame or receiver or unserialized firearm, including those produced using a three-dimensional printer," subject to certain exceptions. 720 ILCS 5/24-5.1(b), (c). Violators are subject to criminal penalties. *Id.* at 5/24-5.1(i).

3.    Courts may take judicial notice of state statutes. *See, e.g.*, *Demos v. City of Indianapolis*, 302 F.3d 698, 706 (7th Cir. 2012). This Court should take judicial notice of Public

Act 102-0889 in connection with defendants' motion to dismiss. This new legislation banning ghost guns is another example of the steps the State has taken since plaintiffs filed this lawsuit to address gun violence.

4.     Plaintiffs do not oppose this motion.


WHEREFORE, defendants respectfully request that the Court take notice of Public Act 102-0889 in connection with their motion to dismiss.


Dated:  June 2, 2022                        Respectfully submitted,

                                            KWAME RAOUL
                                            Illinois Attorney General

                              By:    /s/ Michael T. Dierkes
                                     Michael T. Dierkes
R. Douglas Rees                      Office of the Illinois Attorney General
Sarah Hunger                         100 W. Randolph Street, 12th Floor
Office of the Illinois Attorney General     Chicago, Illinois 60601
100 W. Randolph Street               (312)814-3672
Chicago, Illinois 60601              michael.dierkes@ilag.gov