IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANIECE MATTHEWS, as guardian *ad litem* and on behalf of her son D.W., ) ) ) | |
| Plaintiff, ) ) | |
| ) | No. 18 CV 6675 |
| v. ) | Judge Joan B. Gottschall |
| ) | |
| The State of Illinois et al., ) ) | |
| Defendants. ) | |

**PLAINTIFF'S RENEWED MOTION TO**
**CERTIFY CLASS UNDER RULE 23(b)(2)**

Plaintiff Shanice Mathews, on behalf of her son D.W. and other children similarly situated, respectfully moves that for both counts I and II, this Court certify the proposed class described in paragraph 20 of the Third Amended Complaint under Fed. R. Civ. P. 23(b)(2). In support of this motion, Plaintiff Mathews states:

1. Plaintiff Demetria Powell previously filed a motion and memorandum of law to certify the same proposed class under Fed. R. Civ. P. 23(b)(2) (DK. 57 and 57-1).

2. Plaintiff Powell, who was then the sole plaintiff, has withdrawn from the case because she and her son have moved out of Chicago. The Complaint has been subsequently amended.

3. Accordingly, for the Third Amended Complaint, filed on May 20, 2022 (DK. 139), Plaintiff Mathews has filed this renewed motion to certify the class as described in paragraph 20.

4. Defendants have not consented to this motion.

In support of such certification under Fed. R. Civ. P. 23(b)(2), Plaintiff Mathews has filed the accompanying Memorandum of Law in Support of Class Certification.

1

                                                                                              Respectfully submitted,

Dated: June 9, 2022                                                  By: /s/ Thomas H. Geoghegan
                                                                                      One of Plaintiff's Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Willem Bloom
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
admin@dsgchicago.com

Kelly Nicole Sampson (*pro hac vice* forthcoming)
Shira Lauren Feldman (*pro hac vice* forthcoming)
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, DC 20002
(202) 370-8100
ksampson@bradyunited.org
sfeldman@bradyunited.org

Attorneys for the Plaintiff