**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Shanice Mathews, et al.
                              Plaintiff,

v.                                        Case No.: 1:18−cv−06675
                                                   Honorable Joan B. Gottschall

State of Illinois, The, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 10, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendants' unopposed motion [142] requesting that the court take judicial notice, in connection with their pending motion to dismiss the third amended complaint, of Illinois Public Act 102−0889 (2022 Ill. Legis. Serv. P.A. 102−889 (H.B. 4383) (West)), approved May 18, 2022, is granted. Defendants assert that this newly enacted statute represents "another example of the steps the State has taken since plaintiffs filed this lawsuit to address gun violence." Mot. 2. In order to afford plaintiff an opportunity to be heard regarding the effect, if any, of this newly enacted legislation on the pending motion to dismiss, she is granted leave to file a memorandum of law on or before 6/24/2022. Any reply from defendants is due on or before 6/30/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.