**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHANIECE MATHEWS, as guardian *ad,* *litem* and on behalf of her son D.W. et al., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-6675 |
| v. | ) ) | The Honorable |
| The State of Illinois et al., | ) ) | Judge Joan B. Gottschall |
| Defendants. | ) | |

### PLAINTIFF MATHEWS'S RENEWED MOTION FOR CLASS CERTIFICATION

Plaintiff Shaniece Mathews, by her undersigned counsel, and pursuant to Rule 23(b)(2), Fed. R. Civ. P., respectfully renews her motion to certify a class, in a revised definition addressing this Court's order of June 10, 2022. Dkt. 145. In support of this motion, Plaintiff Mathews states:

1.      Plaintiff proposes a class for prospective injunctive relief common to all class members. The classes are similar but separately defined for claims in Count I under the Rehabilitation Act of 1973, 29 U.S.C. § 794 and for claims in Count II under the Illinois Civil Rights Act of 2003, 740 ILCS § 23/5(a)(2).

2.      In Count I, the revised definition limits the class to individuals under age 18 who suffer mental disability within the meaning of 42 U.S.C. § 12102(1) and (2) from exposure to high levels of gun violence and have lived in one of the 15 community areas that City of Chicago data demonstrate to have exceptionally high rates of gun-related crime at any time in the two year period prior to the filing of this action in 2018 *and* who currently live in one of these 15 high gun-crime community areas.

1

3.     For purposes of Rule 23(b)(2), the proposed class is sufficiently ascertainable and class members need not be individually identified. The revised class is appropriate under the law of this Circuit as set out in *Mullins v. Direct Digital, LLC,* 795 F.3d 654, 659 (7th Cir. 2015) and *Lacy v. Cook Cnty.,* 897 F.3d 847, 864 (7th Cir. 2018).

4.     In further support of this motion, Plaintiff has filed a supporting memorandum of fact and law.

Respectfully submitted,

Dated: June 24, 2022                                    By: */s/ Thomas H. Geoghegan*
                                                                    One of Plaintiff's Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Willem Bloom
**Despres, Schwartz & Geoghegan, Ltd.**
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
admin@dsgchicago.com

Kelly Nicole Sampson (*pro hac vice* forthcoming)
Shira Lauren Feldman
**Brady Center to Prevent Gun Violence**
840 First Street NE, Suite 400
Washington, DC 20002
(202) 370-8100
ksampson@bradyunited.org
sfeldman@bradyunited.org

Attorneys for the Plaintiff