### Chicago Ghost Gun Data[1]

| Year | Total Firearms Recovered | Ghost Guns Recovered |
|---|---|---|
| 2018 | 3,911 | 9 |
| 2019 | 2,203 | 29 |
| 2020 | 2,244 | 126 |
| 2021 | 2,382 | 324 |
| 2022 | 800 so far | 187 so far |

| Year | Total Firearms Recovered | Ghost Guns Recovered | Illinois Ghost Gun Cases | Sources |
|---|---|---|---|---|
| 2016 | 8,248 | 2 | | https://wgntv.com/news/chicagocrime/ghost-guns-seized-by-chicago-police-steadily-rising-as-biden-administration-plans-to-target-them/ |
| 2017 | 8,589 | 10 | | |
| 2018 | 9,679 | 21 | | |
| 2019 | 10,699 | 72 | | |
| 2020 | 11,258 | 139 | 63 | https://www.thetrace.org/2022/05/illinois-ghost-gun-law-serial-number/ |
| 2021 | 12,000 | 455 | 180 | https://wgntv.com/news/wgn-news-now/new-illinois-law-restricting-ghost-guns-to-be-signed/ |

*Chicago police do not have information available on how many people have been shot with ghost guns.[2]

* According to Governor Pritzker's office, in May 2022, the Illinois State Police has worked on 28 cases involving ghost guns.[3]

### Baltimore Ghost Gun Data[4]

*32 of the ghost guns recovered in 2021 were linked to a homicide or nonfatal shooting.
*44 ghost guns, 19% of guns recovered, have been "directly linked to violence" so far in 2022.[5]

---

[1] https://www.cbsnews.com/chicago/news/illinois-ghost-gun-ban-legislation/
[2] https://www.cbsnews.com/chicago/news/illinois-ghost-gun-ban-legislation/
[3] Press Release: Governor Pritzker Signs Legislation Banning 'Ghost Guns' Statewide. May 2022. https://www.illinois.gov/news/press-release.24921.html
[4] https://www.baltimoresun.com/news/crime/bs-md-ci-cr-baltimore-lawsuit-ghost-gun-manufacturer-20220531-s57iluhmlnalddtg6hirax2y7i-story.html
[5] Press Release: Brandon M. Scott, Mayor, Baltimore City, https://mayor.baltimorecity.gov/sites/default/files/attachments/Baltimore%20v.%20Polymer80%20Filed%20Complaint.pdf

### San Francisco Ghost Gun Data[6]

| Year | Total Firearms Recovered | Ghost Guns Recovered |
|------|--------------------------|----------------------|
| 2018 | 1,275 | 50 |
| 2019 | 933 | 97 |
| 2020 | 983 | 164 |
| 2021 | 1,089 | 217 |

*According to San Francisco District Attorney Chesa Boudin, in 2019, ghost guns were associated with a fraction of gun-related deaths in San Francisco, but, in 2020, nearly 50% of guns recovered in homicide cases were ghost guns.[7]



### California Ghost Gun Data[8]

| Year | Total Firearms Recovered | Ghost Guns Recovered |
|------|--------------------------|----------------------|
| 2015 | 1,275 | 26 |
| 2016 | 933 | 167 |
| 2017 | 983 | 345 |
| 2020 |  | 4,671 |
| 2021 |  | 12,388 |

---

[6]https://www.cnn.com/2022/01/30/us/firearm-recoveries-gun-violence/index.html
[7]Nguyen, Daisy, California AG, San Francisco DA Team Up Against 'ghost gun' sellers (2021) https://www.ktvu.com/news/california-ag-san-francisco-da-team-up-against-ghost-gun-sellers
[8]https://www.cnn.com/2022/01/30/us/firearm-recoveries-gun-violence/index.html

*In 2015, law enforcement agencies seized a total of 26 ghost guns. By 2021, that number has increased to 12,388.[9]

**Los Angeles Ghost Gun Data**

| Year | Ghost Guns Recovered |
|------|---------------------|
| 2020 | 813 |
| 2021 | 1,921 |

*Since 2017, the number of ghost guns seized by LAPD has increased by approximately 400% and the trend is accelerating. Ghost guns have been linked to 24 murders, 8 attempted murders, 20 robberies and 60 assaults with a deadly weapon by the end of November 2021.[10]

*LAPD reported that as of August 2021, homicides had increased by 25% from 2020 and that shootings with victims by firearms have increased by 35%.

*They account for 22% of guns recovered in 2021.[11] Recent reports have stated that 41 % of ATF's cases in Los Angeles involved a ghost gun.[12]

---

[9] https://oag.ca.gov/news/press-releases/attorney-general-bonta-files-motion-preliminary-injunction-against-gun-retailers

[10] Press Release: February 8, 2022: District Attorney George Gascón Asks Credit Card Companies to Halt Online Payments for Ghost Guns. https://da.lacounty.gov/media/news/district-attorney-george-gasc-n-asks-credit-card-companies-halt-online-payments-ghost

[11] Los Angeles Police Commission, Chief Police. (2021). *Response to Council Motion File No. 21-0899 Relative to the Impact of Ghost Guns in the City.* https://lacity.primegov.com/Portal/viewer?id=399032&type=2

[12] Everytown. (2021). *California Moms Demand Action, Students Demand Action Applaud Los Angeles City Council for Passing Legislation to Prohibit Ghost Guns.* https://www.everytown.org/press/california-moms-demand-action-students-demand-action-applaud-los-angeles-city-council-for-passing-legislation-to-prohibit-ghost-guns/