**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Shanice Mathews, et al.

                       Plaintiff,

v.

                       Case No.: 1:18–cv–06675
                       Honorable Joan B. Gottschall

State of Illinois, The, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: In her renewed motion for class certification and supporting memorandum of law [151], plaintiff argues that several constraints should be placed on the class definitions proposed in the third amended complaint, such as limiting the class to 15 of Chicago's community areas and limiting class membership to the two–year period preceding the filing of this lawsuit. The court has been unable to locate concise proposed class definitions in plaintiff's motion and supporting memorandum, however. Plaintiff is therefore directed to supplement her renewed motion for class certification with the definitions of the proposed classes she is asking the court to certify. The motion [151] is briefed as follows: proposed class definitions due: 6/30/2022; response due: 7/28/2022; reply due: 8/11/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.