# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shanice Mathews, et al.

                                Plaintiff,

v.                                                     Case No.: 1:18−cv−06675
                                                           Honorable Joan B. Gottschall

State of Illinois, The, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 10, 2022:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's unopposed motion [158] for an extension to and including 8/18/2022 of her deadline to file a reply in support of her motion [151] for class certification is granted. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.