# Exhibit A



Log In | Try 1 month for $1 Subscribe

HIGHLAND PARK PARADE SHOOTING   NEWS   SUBURBAN CHICAGO

# Nearly 20,000 Cook County residents hold revoked FOID cards — enough to populate a medium-sized suburb

Cook County sheriff's police told Illinois legislators Thursday that "manpower" issues are the main reason the revoked cards are still in the hands of potentially dangerous people.

By Tina Sfondeles | Updated Jul 28, 2022, 9:23pm CDT

    SHARE



Rich Hein/Sun-Times file

**The Chicago Sun-Times is supported by readers like you.** Get unlimited access to quality local journalism for only $29.99/year.

JOIN TODAY

Nearly 20,000 Cook County residents are walking around with revoked firearm owner's identification cards, with illegal guns presumably in their homes.

Cook County sheriff's police told Illinois legislators Thursday that "manpower" issues are the main reason the revoked cards are still in the hands of potentially dangerous people.

Lawmakers heard that and more in a public hearing designed to dig into community-based violence prevention and funding.

The bipartisan House Public Safety and Violence Prevention Task Force, chaired by state Rep. La Shawn K. Ford, D-Chicago, and state Rep. Fran Hurley, D-Chicago, held the virtual hearing on gun crimes, current efforts to curb violence and how the state can take action to help save lives.

The Highland Park mass shooting and gun violence across the state has brought the task force's mission into a sharper focus.

Arthur Jackson, first deputy chief of police for the Cook County Sheriff's Police Department, told legislators over the years, 33,000 Cook County residents' firearm owner's identification cards have been revoked because of violent felony convictions, domestic violence charges or serious mental health issues.

That's more than the entire population of Highland Park in Lake County.

Of that total, "nearly 20,000" have not turned in their cards — more than the population of Deerfield.



State Rep. La Shawn Ford, D-Chicago, speaks during a virtual hearing of the bipartisan House Public Safety and Violence Prevention Task Force on Thursday.

"They're walking around with FOID cards, and we are trying to make it our mission to recover those FOID cards and recover the weapons that those people have," Jackson said.

Since 2013, a team of six officers and one sergeant have gone to the homes of those whose FOID cards have been revoked, recovering 881 guns in those efforts.



Arthur Jackson, first deputy chief of police for the Cook County Sheriff's Police Department, testifies before a state hearing on Thursday. | Blue Room Stream

"There are so many out there. We don't have enough manpower to actually retrieve everything the way that we would like to at this time," Jackson said, adding that sheriff's police are working with State Police to fund extra teams to go out and retrieve the FOID cards.

The Cook County Sheriff's office said of the nearly 20,000 with revoked cards, a little over 1,800 are subjects of "clear and present danger" reports compiled by the Illinois State Police. Those reports can bar applicants from receiving a FOID card or be used to revoke a current one.

RELATED

**Pritzker touts emergency rule change to give State Police 'fuller picture' of FOID card applicants' history**

And of the 30,000, nearly 25,000 have not accounted for their weapons, neglecting to file a disposition record that asserts they no longer possess weapons.

It means just seven law enforcement officers are tasked with entering the homes of those with revoked FOID cards in the entire county, including Chicago, in what the sheriff's office described as a labor-intensive effort that includes heavy paperwork and research.

Clear and present danger reports and FOID cards came under the spotlight after the arrest of Robert E. Crimo III in connection with the Highland Park shooting on July 4.

RELATED

**After Highland Park massacre, Illinois Democrats vow sweeping aim at guns: 'Everything has to be on the table'**

Crimo was able to get a FOID card and buy multiple guns, despite two separate 2019 incidents in which he allegedly threatened to harm himself and his family.

Jackson accompanied his presentation with a map of Cook County covered with thousands of red dots — 19,508 as of July 1 — representing people who are still able to buy ammunition with revoked gun permits.



Cook County Sheriff's Police map homes of people still able to buy ammunition despite having revoked FOID cards. | Blue Room Stream

Cook County Sheriff Tom Dart is working to gain support for a measure, sponsored by Ford, that would require gun shops to run background checks on those seeking to buy ammunition with older FOID cards. Currently, gun shop owners are required to run a check on new cards — which do not feature an expiration date — to ensure they are valid. Dart's bill would require a check on the old cards as well.

Task force member state Rep. Maura Hirschauer, D-Batavia, said she was not surprised by Jackson's testimony but still found it "concerning."

RELATED

**Illinois State Police director defends decision to give suspected Highland Park killer a gun permit in 2020**

"It has been on my radar for a while, but, when you saw all those red dots just in Cook County, it was overwhelming," Hirschauer said.



Rep Maura Hirschauer (she/her)

State Rep. Maura Hirschauer, D-Batavia, asks a question at Thursday's hearing. | Blue Room Stream

Hirschauer, who along with state Rep. Bob Morgan, is gathering support for an assault weapons ban, said the task force is gathering differing expertise on gun violence, which will then be used by a recently formed working group led by Morgan.

"There's still a lot of momentum behind the assault weapons and high-capacity magazine ban," Hirschauer said. "The support is growing. I'm talking to different stakeholders and organizations, and I think it will be a big factor in the working group. We need to get everybody's opinions on the bill and see if we can come to a compromise that reflects strong, safe policy."



Scott Pulaski, owner of Piasa Armory in downstate Alton, testifies via Zoom on Thursday. | Blue Room Stream

Scott Pulaski, owner of Piasa Armory in downstate Alton, told legislators of the extensive laws gun shop owners are following to ensure guns aren't getting in the wrong hands. Ford asked him if he believed there should be new gun laws on the books in Illinois.

"My personal opinion is that enforcement of existing laws needs to come first," Pulaski said. "It is great to pass more laws, and it absolutely shows that the legislators care and that they're doing something. But if the prosecution or law enforcement aren't able to or can't or don't want to enforce those laws, then it does not add anything to prevent or deter crime to pass a million new laws."

**NEXT UP IN THE WATCHDOGS**

More CTA riders are getting attacked, with violence at a level not seen in over a decade

Seven months before smokestack's botched implosion smothered Little Village in dust, Chicago city inspector issued dire warning

Convicted Starved Rock killer's lawyer: DNA test casts doubt on Chester Weger's conviction

Scammers still targeting Illinois state employment agency; officials say they're better prepared now

Another insider deal at beleaguered Cook County agency

Car insurers' pandemic windfalls prompt a response in Springfield, with consumer-minded reforms planned

**MOST READ**

Former Orr basketball player Marquise Pryor, 27, fatally shot on South Side

2 women hospitalized in 'Playpen' boating incident

 3 people shot in Six Flags Great America parking lot in Gurnee, authorities say

 Six Flags shooting victims were a boy, 17, and a woman, 19, officials say

 Ask Amy: How do I politely tell people to leave me alone while I work through this?

How the Chicago[...] in their preseas[...] with reasons for[...]

## POLITICS

# More than 19,000 Cook County residents have failed to turn in revoked gun permits

By Jeremy Gorner
Chicago Tribune • Jul 29, 2022 at 11:49 am



Thank you for supporting our journalism. This article is available exclusively for our subscribers, who help fund our work at the Chicago Tribune.

Expand



Cook County sheriff's Investigators Michael Ware, left, and Dimas Hernandez in 2019 call on a Riverdale resident whose FOID card was revoked. (John J. Kim / Chicago Tribune)

**Listen to this article**

SPRINGFIELD - — More than 19,000 Cook County residents whose gun permits were revoked have failed to turn over their firearms owner's identification cards to law enforcement as required by law, a top police official said on Thursday.

Deputy Chief Arthur Jackson of the Cook County sheriff's office told a panel of legislators that staffing shortages have prevented his department from collecting revoked FOID cards and guns from residents who haven't voluntarily returned the cards and gotten rid of their guns, either by turning the guns in or transferring them to someone permitted to have them.

Issues surrounding the state's gun permit system were again highlighted earlier this month when it was revealed that the alleged gunman in the July Fourth mass shooting in Highland Park, which is in Lake County, had a valid firearm owner's identification card despite previously exhibiting dangerous behavior that some believe should have prevented him from being allowed to own a gun.

Illinois residents must possess a valid FOID card to make legal gun purchases. But just because someone has a FOID card — attainable by passing a criminal-background check — doesn't mean they own a firearm. It's not clear how many FOID cardholders in the state actually own guns but as of July 1, 19,508 Cook County residents had not turned in their revoked FOID cards, officials said.

"One of the issues that we're currently facing in Illinois is the lack of follow through in ensuring that individuals that have revoked FOID cards no longer have access to firearms," Jackson said. "So, we know that there are a number of

revoked FOID cards out there and it's not a matter of days, it's a matter of years to retrieve them.

Case: 1:18-cv-06675 Document #: 160-1 Filed: 08/15/22 Page 15 of 16 PageID #:924

FOID cards can be revoked for a number of reasons, including if a holder has been convicted of misdemeanor domestic violence or a violent felony, or has been flagged for exhibiting mental health issues.

According to a document authored by Cook County Sheriff Tom Dart, as of June 6, more than 6,100 people who had not turned in their FOID cards had a felony indictment, over 4,300 had an order of protection taken out against them, more than 4,100 had possible mental health issues and about 150 were considered fugitives for various alleged crimes.

Authorities said 21-year-old Robert "Bobby" Crimo III had a valid FOID card and legally obtained the high-powered rifle used in the Highland Park shooting, which left seven people dead and dozens wounded. Crimo was able to obtain a FOID card from the Illinois State Police months after Highland Park police had responded to emergency calls at his home in 2019.

In one of the calls, Crimo allegedly threatened family members, and authorities also learned that Crimo was suicidal. His behavior was reported by Highland Park police to state police and flagged as being potentially a "clear and present danger," a designation that could allow the state police to deny or revoke a FOID card.

The state police in September 2019 learned about those allegations against Crimo and determined he didn't meet the threshold of being considered a clear and present danger. A state trooper reviewed the allegations against Crimo, but at that point he had no pending FOID application. Shortly thereafter, the clear and present danger designation apparently was cleared from the state system.

The Cook County sheriff's office has had a gun team in place since 2013 that concentrates on retrieving weapons and revoked FOID cards, Jackson said. Since then, the department has confiscated about 2,000 guns from 881 "FOID

Other law enforcement agencies in Cook County are also tasked with retrieving the revoked cards from residents, as well as any illegal guns from them.

The sheriff's office is working with the state police to secure funding for extra teams of officers, or at least for more overtime, to focus on FOID card revocations and gun retrievals, he said.

"There are so many out there, we don't have enough manpower to actually retrieve everything the way that we would like to at this time," he said, referring to revoked FOID cards.

A revoked FOID cardholder would not be allowed to purchase a new firearm from a federally licensed firearms dealer if the dealer properly checks the status of the card. But a person with a revoked FOID card wouldn't be prevented from purchasing ammunition.

Dart is working with state legislators to push for a measure that would require customers to present valid FOID cards to buy ammunition.

"A gun is not dangerous unless it has bullets," Dart said in the document. "By declining to sell ammunition to those with revoked FOID cards, you can help keep ammunition out of the hands of individuals who have not followed clear laws requiring they surrender their FOID cards and designed to keep our communities safe."

[jgorner@chicagotribune.com](mailto:jgorner@chicagotribune.com)

