UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Shanice Mathews, et al.
                                Plaintiff,

v.                                                          Case No.: 1:18−cv−06675
                                                            Honorable Joan B. Gottschall

State of Illinois, The, et al.
                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 16, 2022:

MINUTE entry before the Honorable Joan B. Gottschall: Enter order denying defendants' motion [156] for leave to supplement their motion to dismiss the third amended complaint. In accordance with the order, if defendants wish the court to consider the press release and convert their pending motion to dismiss into a summary judgment motion, they must advise the court on or before 9/7/2022. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.