IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHANIECE MATHEWS, as guardian *ad*, *litem* and on behalf of her son D. W. et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 18-cv-6675 |
| v. | ) ) ) | The Honorable |
| The State of Illinois et al., | ) ) ) | Judge Joan B. Gottschall |
| Defendants. | ) | |

## DECLARATION OF THOMAS H. GEOGHEGAN

Pursuant to 28 U.S.C. § 1746, I, Thomas H. Geoghegan, state:

1. I am counsel of record for Plaintiff Shaniece Mathews in the above-captioned litigation.

2. Attached is Exhibit A, a press release entitled "Gov. Pritzker Declares Gun Violence a Public Health Crisis, Pledges $250 Million Investment for Hardest Hit Communities," dated November 1, 2021, describing the Executive Order implementing the Reimagine Public Safety Act. On or about August 10, 2022, I viewed this release which was pulled by a paralegal under my supervision from the State of Illinois website (https://www.illinois.gov/news/press-release.24090.html).

3. I have experience in class action litigation, as described below.

4. I am a graduate of Harvard Law School (1975) and a member of the Illinois bar. I am a member of the trial bar of the United States District Court for the Northern District of Illinois.

5. On September 10, 1979, I began employment at the law firm that subsequently became Despres, Schwartz, and Geoghegan, Ltd. and I am one of the principals and owners of the firm along with my colleague Michael Persoon.

6. The firm is experienced in class action litigation, including class actions certified under Rule 23(b)(2) and (b) (3). The firm also is experienced in representation of labor unions, which often have large and diverse memberships.

7. The firm recovered $19 million in total for the employee class in the related cases known as *Lumpkin et al. v. International Harvester Co.*, No. 81 C 6674 (N.D. Ill.) and *Lumpkin et al. v. Envirodyne Industries, Ltd.*, 933 F.2d 449 (7th Cir. 1991), which were concerned in part with a breach of fiduciary duty by an employer under the Employee Retirement Income Security Act of 1974.

8. In *Baker v. Kingsley*, 387 F.3d 649 (7th Cir. 2004), the firm achieved a settlement of $5 million to the class.

9. The firm has also obtained large monetary settlements for employee class members in several Worker Adjustment and Retraining Notification Act cases, including *Phason v. Meridian Rail Corp.*, 479 F.3d 527 (7th Cir. 2007), *Hughes v. Merit Lincoln Park LLC*, No. 08-cv-6191 (N.D. Ill.), and *Local 1239, International Brotherhood of Boilermakers v. Allsteel, Inc.*, 955 F. Supp. 78 (N.D. Ill. 1996).

10. In *Healy v. IBEW Local Union No. 134,* in which the firm was certified as class counsel, the court stated that it "has no doubt that plaintiffs' attorneys will be able to litigate the case fairly and adequately on behalf of the proposed class." *Healy v. IBEW, Local Union No. 134*, 296 F.R.D. 587, 593 (N.D. Ill. 2013). In that case, the firm negotiated a settlement including reinstatement and $1.8 million in back pay.

11. The firm has been successful as well in various kinds of complex litigation, including First Amendment litigation including most recently *Bruce v. WRTA, et al.* 34 F.4th 129 (1st Cir. 2022).

12. The firm has also undertaken innovative public interest litigation, including *Friends of the Parks v. Chicago Park District,* 160 F.Supp.2d 1060 (N.D. Ill. 2016), which sought to block the construction of the so-called "Star Wars" museum on the shore of Lake Michigan.

13. The undersigned counsel has argued successfully in the United States Supreme Court in *Union Pac. R.R. v. Bhd. of Locomotive Eng'rs & Trainmen Gen. Comm. of Adjustment*, 558 U.S. 67 (2009).

14. The firm is assisted by the Brady Center to Prevent Gun Violence ("Brady Legal") which has litigated claims against the gun industry all over the country and advised lawyers and filed numerous *amicus* briefs with respect to such claims.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2022 in Chicago, IL

Signature: _____