IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANIECE MATHEWS, as guardian *ad litem* and on behalf of her son D. W. et al., ) ) ) Plaintiff, ) ) ) v. ) ) ) The State of Illinois et al., ) ) Defendants. ) | Case No. 18-cv-6675 The Honorable Judge Joan B. Gottschall |

# **DECLARATION OF SHIRA LAUREN FELDMAN**

Pursuant to 28 U.S.C. § 1746, I, Shira Lauren Feldman, state:

1. I am counsel of record for Plaintiff Shaniece Mathews in the above-captioned litigation.

2. I am Litigation Counsel at the Brady Center to Prevent Gun Violence ("Brady") and, as such, am familiar with the organization and its history.

3. For over 30 years, the legal team at Brady ("Brady Legal") has sought justice for the victims of gun violence through litigation.

4. Brady Legal has litigated gun cases in over 40 states, routinely litigates gun industry claims, advises and educates other attorneys and groups pursuing civil claims against the firearms industry and other actors obstructing the remediation of gun violence, files amicus briefs defending life-saving gun violence prevention policies, and advances thought leadership on issues of gun violence prevention.

5. Brady Legal has secured over $60 million dollars in settlements and verdicts on behalf of victims and drives gun manufacturers and sellers to make significant business practice reforms.

6. Brady incorporates and accounts for racial, ethnic, and socioeconomic disparities in gun violence in all aspects of its gun violence prevention work, partnering with organizations from Black and Brown communities most impacted by daily gun violence.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:       August 18, 2022 in Washington, D.C.

Signature:     */s/ Shira Lauren Feldman*