# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shanice Mathews, et al.

                    Plaintiff,

v.                                                               Case No.: 1:18−cv−06675
                                                                              Honorable Joan B. Gottschall

State of Illinois, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [167] requesting that the court set an oral argument date on defendants' pending motion to dismiss the third amended complaint is denied as unnecessary. Plaintiff defers to the court on the need for oral argument and does not explain why oral argument would be beneficial. In addition to the motion to dismiss the third amended complaint, plaintiff's motion for class certification [151] was fully briefed on 8/18/2022. The motions have been taken under advisement and will be ruled on as promptly as possible. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.