## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shanice Mathews, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:18−cv−06675
                                                            Honorable Joan B. Gottschall

State of Illinois, The, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 30, 2023:

    MINUTE entry before the Honorable Joan B. Gottschall: The parties are directed to brief how, if at all, the Supreme Court's decisions in United States v. Texas, No. 22−58 (June 23, 2023), and Department of Education v. Brown, No. 22−535 (June 30, 2023), affect the standing questions raised in defendants' pending motion to dismiss the third amended complaint. Briefing will proceed according to the following schedule: defendants' opening memorandum of law not to exceed seven pages due: 7/12/2023; response not to exceed seven pages due: 7/19/2023; reply not to exceed five pages due: 7/26/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.