# EXHIBIT A

 **ILLINOIS STATE POLICE**

The Illinois State Police (ISP) submits the following report pursuant to the mandates of the Illinois Gun Trafficking Information Act (5 ILCS 830/10-5).

## Statement of Legislative Mandate

Effective January 18, 2019, the Illinois Gun Trafficking Information Act (5 ILCS 830/10-5) requires the ISP to provide key information, on a regular and ongoing basis, related to firearms used in the commission of crimes in Illinois, including, but not limited to:

- reports on crimes committed with firearms;
- the number of persons killed or injured in commission of the crimes;
- the locations where the crimes occurred;
- the state where the firearms used originated;
- the Federal Firearms Licensee that sold the firearm; and
- the type(s) of firearms used;
- annual statistical information concerning Firearm Owner's Identification Card (FOID) and Concealed Carry License (CCL) applications and revocations;
- compliance with Section 9.5 of the Firearm Owners Identification Card Act; firearm
- restraining order dispositions; and firearm dealer license certification inspections.

The ISP shall make the information publicly available; provide the information on its website; and electronically file a report with the Governor and the General Assembly. In addition, the ISP is required to study and compile reports on the number of Firearm Owner's Identification Card checks to determine firearms trafficking or straw purchase patterns.

## Recognized Collection and Reporting Deficiencies

Since January 18, 2019, the ISP has been unable to identify a comprehensive data collection tool capable of the detailed data capture mandated by the Illinois Gun Trafficking Information Act. The ISP has examined internal and external data sources, including the following:

- National Incident-Based Reporting System (NIBRS); Uniform Crime
- Reporting Data (UCR);
- Commanding Operational Policing Strategies (COPS); Traffic and Criminal
- Software (TraCS);
- the Illinois Criminal Justice Information Authority (ICJIA);
- ISP Division of Criminal Investigation (DCI) investigative zone(s) data; and
- ISP Division of Patrol Operations (DOP) district(s) data.

**ISP**

 **ILLINOIS STATE POLICE**

Current data collection sources do not collectively capture the information mandated by the Act, and as such, are not viable sources of information. All Illinois law enforcement agencies, including the ISP, utilize diverse records management; report writing; and evidence management systems, resulting in the collection of inconsistent, inaccurate, or non-translatable data. The lack of a centralized and uniform data collection tool for use by all Illinois law enforcement agencies has made the collection and reporting of all mandated information unattainable.

Information currently available to the ISP includes the number of ISP DCI FOID related details conducted; the number of firearms seizures made by ISP DCI personnel; the number of firearms arrests effectuated by the eight individual investigative zones of the ISP DCI, which also encompass nine Metropolitan Enforcement Groups (MEGs) and thirteen Multi-Jurisdiction Drug Task Forces (task forces); and ISP DOP field report information. Firearms offense information reported through the ISP DOP Traffic and Criminal Software (TraCS) reporting system, which includes 21 separate patrol districts, is not consistently collected and does not account for potential skewing of data (i.e., an incident reported as a firearms offense as a result of an arrest pursuant to a warrant for a firearms offense, which may have already been reported). Over the past 12 months, the ISP has diligently worked in partnership with the Illinois Department of Innovation and Technology (DoIT) in the creation and implementation of a centralized data collection point for all ISP sworn officers.

The newly-created and implemented Firearms Offense Information (TraCS) form, located within the TraCS report-writing program, provides for the collection and reporting of firearms-related offense information, as mandated by the Illinois Gun Trafficking Information Act (5 ILCS 830/1 et seq.).

Prior to the design and implementation of the TraCS Form, ISP sworn were required to provide firearms-related offense information via an internet-based survey portal, outside of any report-writing system or program. This methodology, while successful in the collection of mandated information, did not completely ensure review, accountability, or accuracy of information. The TraCS Form is designed to be integrated with all ISP sworn report writing; whether in investigative reports for those DCI or Division of Internal Investigation (DII) agents and/or Inspectors, or in field reports with DOP sworn personnel. Regardless of whether sworn personnel in DCI, DII, or DOP are creating reports, the TraCS Form, having been integrated in the entire TraCS report writing system, allows for systematic and accurate entry of information with reports; thus, eliminating potential multiple or missing entries. The TraCS Form also ensures reporting to appropriate sworn personnel (DCI Gun Liaisons, investigative personnel, etc.) to ensure follow-up investigation, if warranted. The use of the TraCS Form in the coming year will allow for more accurate metrics reporting to not only law enforcement personnel throughout Illinois, but also to the public. The information currently available to the ISP represents a small portion of that data mandated to be collected and reported pursuant to the Act. A sampling of that data is as follows:



# ILLINOIS STATE POLICE

***FOID-Related Details and Information***

In calendar year 2022, the ISP DCI has initiated and conducted periodic and random FOID enforcement/revocation details and checks throughout its eight investigative zones. The details were executed to identify and combat firearms trafficking and straw purchases through the enforcement of the Illinois FOID Act (430 ILCS 65/1 et seq.) and the Illinois Firearm Concealed Carry (CCL) Act (430 ILCS 66/1 et seq.).

In calendar year 2022, the eight established DCI investigative zones conducted 564 total FOID-related details throughout Illinois, placing 2,647 revoked FOID Card holders into compliance. (COPS/TEAMS).

***Firearms Seizures and Firearms-Related Arrests***

In calendar year 2022, the ISP seized 1,087 firearms and effectuated 597 firearms-related arrests (COPS).



**ISP**

 **ILLINOIS STATE POLICE**

*FOID and CCL Statistical Data*

In calendar year 2022, the ISP Firearms Services Bureau made publicly available on the ISP web site, statistics consistent with the requirements listed in 5 ILCS 830/10-5 (a).

- FOID Applications Received:                162,156
- FOID Applications Approved:              152,991
- FOID Applications Denied:                    15,258
- FOID Card Revocations:                        12,724
- CCL Applications Received:                   59,055
- CCL Applications Approved:                  61,950
- CCL Applications Denied:                        1,756
- Firearm Restraining Orders Received:     4
- Firearm Disposition Records Submitted:   7,512
- Firearm Dealer License Certification Inspections:   542

## The ISP Initiative to Collect Consistent and Accurate Information

To provide accurate and consistent information mandated by the Act, the ISP must ensure not only the collection and reporting of required data (on behalf of all Illinois law enforcement agencies) but must also define the parameters of the data collected. During the next year, the ISP will continue to look for ways to establish a data definition specification, which will provide clarity among all Illinois law enforcement agencies; data collected will need to be traceable, consistent, accurate, clear, complete, and concise.

## The Future and Next Steps of Data Collection, Reporting, and Publication

*Collaboration with Local Agencies*

The ISP DCI will continue to partner with external Illinois law enforcement agencies in establishing a collaborative strategy to identify and implement the most efficient and comprehensive method of mandated data collection. Considerations for the methodology of data collection will include collection time; costs; existing tools; ease of use; accuracy; reliability; traceability; and ability to integrate with electronic reporting and publication tools. The collaborative approach to data collection across all Illinois agencies will address and answer concerns of exactly what data is collected and how. The understanding among agencies will ensure the uniform and consistent collection of information.

ISP has begun to research expanding the Law Enforcement portal which houses the Concealed Carry Law Enforcement Objection site and the searchable lists of revoked FOID Card holders. The intent is to make the Law Enforcement Portal a "one-stop shop" for all Illinois law enforcement agencies when it comes to firearm intelligence.

 **ILLINOIS STATE POLICE**

***Collaboration with the Illinois Attorney General's Office***

The ISP DCI will continue with its collaborative effort with the Illinois Attorney General's Office to provide a crime-gun tracing intelligence platform that utilizes data from the Bureau of Alcohol, Tobacco, and Firearms and Explosives (BATFE) eTrace system, mapping capabilities, and a trafficking index to follow a firearm from purchase to crime scene; identify individuals within the network of a perpetrator, investigations by looking at associated people, locations, and firearms.

***Collaboration with the Illinois Department of Transportation***

The ISP DCI will coordinate with the Illinois Department of Transportation to build a coordinated and strategic network of license plate readers (LPRs) in the Chicago Metropolitan Area. These LPRs will be networked with those similar systems already in place through the High Intensity Drug Interdiction Area (HIDTA) program, providing a comprehensive view of vehicles and license plates on the expressways of the Chicagoland area.

The information gleaned from this cooperative concept will be used to assist law enforcement agencies in solving violent crimes, including firearms offenses, that occur on Illinois roadways. In addition, the results of the collaboration will assist with the identification of those vehicles and subjects traveling into Illinois from Indiana that/who may potentially be involved in gun trafficking. This information will ultimately be shared with all law enforcement, through the ISP, allowing for all agencies in the state of Illinois to have access to valuable investigative tools and information in furtherance of their respective investigations. There has been a total of 289 LPR's installed with funding going forward into calendar year 2023 for additional installations.

***Collaboration with the University of Chicago***

The ISP DCI and DOP began a partnership with the University of Chicago for their research project to analyze the crime data points for the expressways in the Chicagoland area and East St. Louis. The project included various elements of DoIT to assist in the data flow, user queries, and dashboards. This intensive collaborative data sharing effort will continue as DoIT moves forward in the building of a sustainable platform.

***Collaboration with Chicago Police Department***

ISP District Chicago shares monthly, with the Chicago Police Department, reports and a spreadsheet detailing ISP firearm related arrests. This information sharing aids in the study between the two departments for firearm related offenses and the study of firearms trafficking.

**ISP**

 **ILLINOIS STATE POLICE**

*Collaboration with the Institute for Nonviolence Chicago*

The Illinois State Police, established a partnership with The Institute for Nonviolence Chicago and provides victims of expressway violence with resources available to assist in dealing with the aftermath of expressway violence. The Institute for Nonviolence Chicago is a non-profit organization with a mission to end the cycle of violence in Chicago and prescribes to the principals, practices and teachings of Dr. Martin Luther King, Jr.

*Development of a Comprehensive Data Gathering Platform*

As part of the ISP initiative to collect consistent and accurate information, the ISP will work in conjunction with local Illinois law enforcement agencies, additional stakeholders within the ISP (relevant divisions), and the DoIT, in the development and implementation of an electronic data gathering platform. The platform (ESRI or web-based application, for example), will be specifically designed for use by all Illinois law enforcement agencies. The goal of the electronic platform is to reduce time spent collecting, extracting and tabulating data as well as to ensure ease of reporting for all agencies.

*Development of an External (Public) Facing Platform*

As part of any electronic data gathering platform, the ISP will work in conjunction with the DoIT in the development of an integrated, outward-facing dashboard upon the publicly-accessible ISP website. The dashboard will provide real time publication of mandated data to ensure transparency and foster public awareness regarding firearms offenses in Illinois. During calendar year 2022, the build of the platform has taken place as ISP continues to work on the extraction of information to feed into real time for an accurate and real time depiction of the data. The anticipated go live date is expected to take place in current calendar year 2023.

*ISP Annual Reporting of Data*

In addition to the development of an external facing electronic platform available to the public, the ISP will provide detailed and thorough annual reports pursuant to the Act. The development and implementation of an integrated data collection and reporting platform will ensure the reporting of reliable and uniform information to ensure public awareness. The reporting of information will also provide a source for the analyses of crime data, trends, and patterns, including firearms trafficking and straw purchase pattern intelligence. Utilization of the information by interested stakeholders (other law enforcement agencies, academic centers, and foundations) will assist in understanding and combating the source of firearms violence and offenses.

**ISP**