IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANIECE MATHEWS, as guardian *ad*, *litem* and on behalf of her son D.W., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 18-cv-6675 ) Judge Joan B. Gottschall ) |
| The State of Illinois, *et al.*, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

Plaintiff D.W., by his legal guardian Shaniece Mathews and the undersigned counsel, respectfully moves for leave to file the attached Exhibit A as a sur-reply memorandum of law in opposition to the Defendants' Motion to Dismiss the Fourth Amended Complaint. In support of this motion, Plaintiff states:

1. Attached as Exhibit A is a short sur-reply memorandum of law addressing the Reply Memorandum of Defendants filed on March 29, 2024.

2. The proposed sur-reply attached as Exhibit A seeks to aid the Court by summing up the major differences between the parties.

3. Given the major differences between the parties, Plaintiff also believes that oral argument would assist the Court, and respectfully requests that the Court schedule oral argument on Defendants' Motion to Dismiss.

4. Defendants oppose the filing of this motion.

WHEREFORE, Plaintiff respectfully seeks leave to file the attached Exhibit A.

1

Dated: May 1, 2024                                                      Respectfully submitted,

                                                                                         By: /s/ *Thomas H. Geoghegan*
                                                                                               One of Plaintiff's Attorneys

| | |
|---|---|
| Shira Lauren Feldman | Thomas H. Geoghegan |
| **Brady Center to Prevent Gun Violence** | **Despres, Schwartz & Geoghegan, Ltd.** |
| 840 First Street NE, Suite 400 | 77 West Washington Street, Suite 711 |
| Washington, DC 20002 | Chicago, Illinois 60602 |
| (202) 370-8100 | (312) 372-2511 |
| sfeldman@bradyunited.org | tgeoghegan@dsgchicago.com |

Patrick V. Dahlstrom
**Pomerantz LLP**
10 S. LaSalle St., Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

                                                                         Attorneys for the Plaintiff