# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Shanice Mathews, as guardian ad litem and on behalf of her son, D.W.,

Plaintiff(s),

v.

The State of Illinois, et al,

Defendant(s).

Case No. 18 cv 6675
Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed without prejudice for want of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion to dismiss [184].

Date: 6/13/2025

Thomas G. Bruton, Clerk of Court

Marlan Cowan, Deputy Clerk