IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANICE MATHEWS, as guardian ad litem and on behalf of her son D.W., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ILLINOIS; ILLINOIS DEPARTMENT OF STATE POLICE; JB PRITZKER, in his official capacity as Governor of the state of Illinois; and BRENDAN F. KELLY, in his official capacity as Director of the Illinois Department of State Police, <br><br> Defendants. | No. 1:18-cv-06675 <br><br> Judge Joan B. Gottschall |

**NOTICE OF CROSS-APPEAL**

Defendants-Appellees/Cross-Appellants State of Illinois, Illinois Department of State Police, JB Pritzker, and Brendan F. Kelly (collectively, "defendants"), cross-appeal to the United States Court of Appeals for the Seventh Circuit from the judgment issued by the United States District Court for the Northern District pursuant to Federal Rule of Civil Procedure 58 on June 13, 2025, which dismissed the action without prejudice rather than with prejudice. *See* Doc. 213. By this cross-appeal, defendants request that the district court's judgment in their favor be affirmed but with prejudice, and any other appropriate relief. *See, e.g.*, *Lewert v. P.F. Chang's China Bistro, Inc.*, 819 F.3d 963, 970 (7th Cir. 2016).

Dated: July 23, 2025

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

|  | By: | /s/ Michael T. Dierkes |
|---|---|---|
| R. Douglas Rees | | Michael T. Dierkes |
| Sarah A. Hunger | | Office of the Illinois Attorney General |
| Office of the Illinois Attorney General | | General Law Bureau/Government |
| 115 S. LaSalle St. | | Representation Division |
| Chicago, Illinois 60603 | | 115 S. LaSalle St. |
| | | Chicago, Illinois 60603 |
| | | (312) 814-3672 |
| | | michael.dierkes@ilag.gov |